# Exhibit 1

BRAFMAN & ROSS, P.C.
ATTORNEYS AT LAW
767 THIRD AVENUE
26TH FLOOR
NEW YORK, NEW YORK 10017
TELEPHONE: (212) 750-7800
FACSIMILE: (212) 750-3906

BENJAMIN BRAFMAN
CHARLES A. ROSS

CHRISTOPHER L. PADURANO
JENNIFER A. LIANG
MELINDA SARAFA
ANDREA ZELLAN

MARK M. BAKER
OF COUNSEL

October 26, 2004

***Via Electronic Filing and Federal Express***
Mark Gjelaj
Senior U.S. Probation Officer
United States Probation Office
75 Clinton Street, Room 405
Brooklyn, NY 11201-4201

RE: United States v. Joseph Braude

Dear Mr. Gjelaj:

We are writing you to provide our objections and factual clarifications to the October 12, 2004 presentence report ("PSR"). We request the PSR incorporate the following changes.

1. Objections to the PSR's Guideline Calculations

We request reconsideration of the PSR's Sentencing Guidelines Manual ("Guideline") calculations, which have Joseph's total offense level at 12 (10 to 16 months). We believe the PSR erroneously includes a 2-level upward adjustment for obstruction of justice and a 2-level enhancement because the three cylinder seals at issue were deemed to be "designated ethnological material." We believe Joseph's correct offense level should be 8 (0 to 6 months).

a. Joseph Braude's False Statements Did Not Obstruct Justice

The PSR's 2-level upward adjustment for obstruction of justice, pursuant to Application Note 5 of Guideline 3C1.1, applied to Count 1, a violation of 18 U.S.C. § 545 (importing merchandise contrary to law), is unwarranted. According to the PSR, this upward adjustment is based on Joseph's admitted two material false statements to U.S. Customs officials at John F. Kennedy International Airport ("JFK") on June 11, 2003

regarding whether he had traveled to Iraq and the value of the goods he had acquired abroad. Those statements were ultimately charged as two separate violations of 18 U.S.C. § 1001 and, pursuant to subsection (b) of Application Note 5 of Guideline 3C1.1 ("Note 5(b)"), now form the basis for the PSR's 2-level upward adjustment for obstruction of justice on the underlying charge of illegal importation. This, however, represents a misapplication of the Guideline.

Second Circuit case law interprets Note 5(b) to mean that "making false statements, not under oath, to law enforcement officers does not qualify as obstruction of justice unless Note 4(g) [of Guideline 3C1.1] applies."[1] U.S. v. Khimchiachvili, 372 F.3d 75, 81 (2nd Cir. 2004). Application Note 4(g) of Guideline 3C1.1 ("Note 4(g)") limits conduct to which the obstruction adjustment applies to "providing a materially false statement to a law enforcement officer that *significantly* obstructed or impeded the official investigation or prosecution of the instant offense." (Emphasis added). In Khimchiachvili, the Second Circuit noted that this only occurs "where the statement *in fact* obstructs justice." 372 F.3d at 81 (emphasis included). In short, the conduct must have actually resulted in a significant hindrance to the investigation.

U.S. v. Williams illustrates this point. 79 F.3d 334 (2nd Cir. 1996). In that case, the defendant was arrested at JFK airport in connection with a drug smuggling ring and in an attempt to disassociate himself from a co-conspirator, provided the arresting officer with a false story. Id. at 336. When the defendant was sentenced to prison, the district court enhanced his prison term two-levels for obstruction of justice pursuant to Guideline 3C1.1, noting that the false story he told the arresting officer was sufficient grounds for the enhancement. Id. On review, the Second Circuit held that the false story alone did not constitute obstruction of justice because it did not significantly obstruct or impede the investigation into the defendant's crimes. Id. at 337; see also U.S. v. Ahmed, 324 F.3d 368, 373 (5th Cir. 2003) (citing sending agents on a 'wild goose chase' as an example of significantly impeding an investigation pursuant to Note 4(g)).

In this case, Joseph admittedly made two materially false statements to U.S. Customs officials on the day in question. Those statements, however, did not in fact significantly obstruct or impede the government's investigation. U.S. Customs officials, acting on information from the FBI that Joseph may have traveled to Iraq, had decided before he took one step off the plane to stop him for an "enforcement examination." See attached Report of Investigation from Special Agent B. Wong; Incident Report from Inspector M. Caropolo (highlights added). As a result, it was inevitable that Joseph was going to be questioned about Iraq and his bags were destined to be searched, with the seals

1 Note 5(b) refers to "3(g) above," but a review of the Application Notes for Guideline 3C1.1 indicates this a typo and should refer to 4(g) because there is no 3(g). Case law supports this fact because even when a case cites to 3(g), it quotes the language of 4(g). See, e.g., U.S. v. Kehdr 343 F.3d 96, 111 (2nd Cir. 2003).

and Iraqi business cards being found. Indeed, despite his false statements, all of this happened.

Thus, the search of Joseph's bags provided U.S. Customs officials with additional evidence that he may have visited Baghdad and possibly obtained the seals there. Within minutes, this was confirmed when Joseph was taken to a private search room and disclosed his trip to Iraq and the possible origin of the seals. At no point did Joseph's initial false statements in fact significantly obstruct or impede the investigation. Rather, the investigation ran its normal course. Because of all of this, the PSR's 2-level upward adjustment for obstruction of justice based on Joseph's false statements is not warranted.

b. The Seals Are Not "Designated Ethnological Material"

Also unwarranted is the PSR's 2-level specific offense characteristic increase pursuant to Guideline 2B1.5(b)(3)(F) because the three cylinder seals at issue were deemed to constitute "designated ethnological material." A close reading of the relevant Application Note and statutes reveals that the seals are not "designated ethnological material."

Application Note 4(C) of Guideline 2B1.5 states that for the purposes of Guideline 2B1.5(b)(3)(F), "designated ethnological material" means ethnological material as defined in 19 U.S.C. § 2601(7). That subsection, a part of the Cultural Property Implementation Act, 19 U.S.C. §§ 2601-13 ("CPIA"), specifically limits "designated ethnological material" to ethnological material which:

> (A) is--
> (i) covered by an agreement under [the CPIA] that enters into force with respect to the United States, or
> (ii) subject to emergency action under Section 2603 of [the CPIA], and
>
> (B) is listed by regulation under section 2604 of [the CPIA].

Accordingly, for the seals to be properly deemed "designated ethnological material" a listed CPIA agreement or emergency action must cover them. The United States, however, has only entered into CPIA agreements or taken related emergency actions to protect ethnological materials found in Bolivia, Cambodia, Cyprus, El Salvador, Guatemala, Honduras, Italy, Mali, Nicaragua and Peru. See 19 C.F.R. § 12.104g; see also http://exchanges.state.gov/education/culprop/chart.html. At present, no CPIA agreement or emergency action covers Iraqi ethnological material. Thus, the seals are not "designated ethnological material" within the meaning of the CPIA and consequently Guideline 2B1.5(b)(3)(F), making the associated 2-level increase improper.

2. Factual Clarifications to the PSR

We request the following factual clarifications be made to the PSR:

**PSR 2**: 31 C.F.R. §575.533(b)(5), not (b)(4), is the passage actually quoted in the PSR. Accordingly, paragraph 2 should be amended to reflect this fact.

**PSR 9**: As reflected in Special Agent Bryant Wong's report of investigation, on August 8, 2003, Joseph told Agent Wong that he had paid $200 for all of the seals, not for each one. Accordingly, paragraph 9 should be amended to reflect this fact.

**PSR 19**: The 18 U.S.C. § 1001 violations are Counts 2 and 3, not Counts 3 and 4. Accordingly, paragraph 19 should be amended to reflect this fact.

**PSR 35**: Joel Braude, Joseph's father, has been hospitalized several times for mental illness, not once. Accordingly, paragraph 35 should be amended to reflect this fact.

**PSR 46**: The doctor treating Joseph for Bipolar Disorder is Dr. Paul Shield, not Shields. Accordingly, paragraph 46 (and the related paragraphs) should be amended to reflect this fact.

**PSR 47**: As reflected in Dr. Paul Shield's letter to Judge Ross, Joseph has suffered from only one manic episode, not multiples episodes. Accordingly, paragraph 47 should be amended to reflect this fact.

**PSR 57**: Joseph's final annual salary at Pyramid Research was $60,000. Joseph did not earn only $60,000 from this employment because he worked there almost three years. Accordingly, paragraph 57 should be amended to reflect this fact.

**PSR 59**: Joseph assisted Steven Emerson with research on terrorist networks for his documentary from 1993-94, not during the summer of 1997. Accordingly, paragraph 59 should be amended to reflect this fact.

**PSR 62**: Joseph owns shares in Van Kemper funds, not Van Kempen funds. In addition, the name of his business is Aslan, not Asian, and its taxpayer identification number is 05-0476707, not 008-046707.

Thank you for your attention to this matter.

Sincerely,

Brian E. Klein

Attachments

cc: The Honorable Allyne R. Ross
(Eastern District of New York)

Deborah Sue Mayer, Esq.
(Assistant United States Attorney)

Joseph Braude

REQUESTED BY: WONG, BRYANT D

OFFICIAL USE ONLY

| | |
|---|---|
| DEPARTMENT OF THE TREASURY<br>UNITED STATES CUSTOMS SERVICE<br><br>REPORT OF INVESTIGATION | 1. TECS ACCESS CODE 3<br>2. PAGE 1<br>3. CASE NUMBER JK07KE03JK0005 |

4. TITLE: ARITIFACTS FROM IRAQ

5. CASE STATUS: INTERIM RPT

| 6. REPORT DATE | 7. DATE ASSIGNED | 8. CLASS | 9. PROGRAM CODE | 10. REPORT NO. |
|---|---|---|---|---|
| 061703 | 061303 | 1 | 700 | 002 |

11. RELATED CASE NUMBERS:

12. COLLATERAL REQ:

13. TYPE OF REPORT:
INVESTIGATIVE FINDINGS / OTHER

TOPIC: AUTHENTICATION OF IRAQI MUSEUM ARTIFACTS

14. SYNOPSIS:
On 06/11/03, Joseph BRAUDE, an English speaking U.S. citizen, arrived into JFK International Airport on Virgin Atlantic flight #003 from London and was stopped by Customs and Border Protection Inspectors for an enforcement examination. BRAUDE initially stated that he had traveled to London and Kuwait on a business trip. During the examination of BRAUDE's luggage, inspectors discovered various business cards with Iraqi origins. Inspectors also discovered a canvas painting, jewelry and a plastic case containing three cylindrical beads with pictures carved on them. BRAUDE admitted that he had indeed traveled to Iraq and had acquired these items from Baghdad, Iraq. The items were detained pending authentication and BRAUDE was released. On 06/13/03, special agents presented these items to Professor Bahrani of the Art History and Archaeology Department at Columbia University. Professor Bahrani authenticated the items as Mesopotamian cylindrical seals from the Akkadian period, which had been taken from the Iraq Museum.

| | |
|---|---|
| 15. DISTRIBUTION:<br>ASCJK SACNY CARM SACBO | 16. SIGNATURE:<br>WONG BRYANT D SPECIAL AGENT<br><br>17. APPROVED:<br>BARRETT RAYMOND A OI GRP SUPERVISOR<br><br>18. ORIGIN OFFICE: JK<br>JFK AIRPORT NY - ASA<br><br>19. TELEPHONE: 718 553 1824<br>20. TYPIST: WONG |

OFFICIAL USE ONLY

THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE US CUSTOMS SERVICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO HEADQUARTERS, US CUSTOMS SERVICE TOGETHER WITH A COPY OF THE DOCUMENT.

GOVERNMENT EXHIBIT
3500-BW-7

... NOT A STATEMENT OF THE WITNESS

IT IS AN ADMINISTRATIVE RECORD WHICH THE WITNESS DID NOT CREATE.

REQUESTED BY: WONG, BRYANT D

OFFICIAL USE ONLY -- SEACATS INFORMATION -- OFFICIAL USE ONLY

<COMPLETE> SEACATS - INCIDENT REPORT <COMPLETE> PAGE 3
TIN00223

GOVERNMENT EXHIBIT 3500-MC-1

INCIDENT NBR: 2003SZ003846201 FP&F CASE NBR: 2003470100118201
VIOLATOR NAME: BRAUDE, JOSEPH
TOPIC: SEIZURE OF IRAQI ARTIFACTS/VS003/TPET#6

MITIGATING OFFICER:
ON SITE MITIGATION:
CITATION ASSOCIATED WITH PENALTY:
PENALTY: PENALTY ASSESSED .00 MITIGATED AMT .00
AMT CLCTD .00 DATE RECEIPT# PRMSRY AMT
PLACE OF DISCOVERY: P (WITHIN P.O.E.) LOC: TERMINAL 1/JFK
PLACE OF SEIZURE: P (WITHIN P.O.E.) LOC: TERMINAL 1/JFK

1 DESC OF SEIZED ITEM: CYLINDER SEALS
COMM/CD: FAC QTY: 3.00 UM: EA WT DET: FDIN:
COUNTRY OF ORIGIN: IQ COUNTRY OF EXPORT: IQ COUNTRY OF DESTINATION: US
DEC VAL: 0 FOR VAL: DOM VAL: 0
DUTY: 0.00 LEGAL STAT: SZ PHYS STAT: HE CUST: SAC
CONCEAL: E SEC: ENTERED TARIFF #:
T.E.S. CODE: NON INV LIST: CONCEAL COMM/CDE:

2 DESC OF SEIZED ITEM: ART ON CANVAS
COMM/CD: FAC QTY: 1.00 UM: EA WT DET: FDIN:
COUNTRY OF ORIGIN: IQ COUNTRY OF EXPORT: IQ COUNTRY OF DESTINATION: US
DEC VAL: 0 FOR VAL: DOM VAL: 0
DUTY: 0.00 LEGAL STAT: SZ PHYS STAT: HE CUST: SAC
CONCEAL: E SEC: ENTERED TARIFF #:
T.E.S. CODE: NON INV LIST: CONCEAL COMM/CDE:

3 DESC OF SEIZED ITEM: MISC. JEWELRY
COMM/CD: FAC QTY: 6.00 UM: EA WT DET: FDIN:
COUNTRY OF ORIGIN: IQ COUNTRY OF EXPORT: IQ COUNTRY OF DESTINATION: US
DEC VAL: 0 FOR VAL: DOM VAL: 0
DUTY: 0.00 LEGAL STAT: SZ PHYS STAT: HE CUST: SAC
CONCEAL: E SEC: ENTERED TARIFF #:
T.E.S. CODE: NON INV LIST: CONCEAL COMM/CDE:

TOTALS: DECLARED VALUE: 0 FOREIGN VALUE: 0
DOMESTIC VALUE: 0 DUTY: 0.00

================================================================

CIRCUMSTANCES/REMARKS:
ON 6/11/03, PAU SI CARDUCCI NOTIFIED SCI DAVIS AT TERMINAL ONE OF A MATCH ON PASSENGER JOSEPH BRAUDE ARRIVING ON VS 003 FROM LONDON. INFORMATION RECEIVED BY FBI INDICATED THAT PAX MAY TRAVEL TO IRAQ TO CONDUCT BUSINESS. ALL NECESSARY NOTIFICATIONS WERE MADE [CASE NUMBER REDACTED] AND O.I. S/A WONG WAS ON SITE. PAX BRAUDE WAS IDENTIFIED ON A BYPASS OF FLIGHT BY SI CAROPOLO AND ESCORTED THROUGH INS AND BAGGAGE CLAIM AREA WHERE HE CLAIMED ONE SUITCASE. PAS WAS THEN ESCORTED TO THE CUSTOMS SECONDARY AREA WHERE AN EXAMINATION OF THE SUITCASE WAS CONDUCTED. PAX WAS ASKED IF THE SUITCASE AND ALL THE PERSONAL BELONGINGS INSIDE WERE HIS TO WHICH HE REPLIED "YES". PAX WAS ASKED WHERE HE HAD TRAVELED TO AND FOR WHAT PURPOSE TO WHICH HE REPLIED,HE WAS IN KUWAIT AS A MIDDLE EAST CONSULTA

# Exhibit 2

*Department of History*
**Boston College**
*Chestnut Hill, MA 02467, USA*

*(O) 617-552-3787 (H) 413-586-3048 Braude@BC.Edu*
*FAX 413-585-7611 ATTN: Braude*

*Prof. Benjamin Braude*
*Co-Director, Program in Middle Eastern & Islamic Studies, Boston College*
*Research Associate, Department of Religion and Biblical Literature, Smith College*

6 September 2004

**RE: United States V. Joseph Braude 03-CR-1009 (ARR)**

The Honorable Allyne R. Ross
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Ross,

Both personally and professionally, this is a very painful letter to write. Joseph Braude is my nephew. Since we are both scholars of the Middle East, he is also my colleague.

He is heir to a two-fold rabbinic tradition of distinguished learning and service. His maternal great-great grandfather was the Chief Rabbi in Baghdad. His paternal grandfather, Rabbi William G. Braude, was an internationally renowned scholar of midrashic literature who taught at leading institutions in the United States, Europe, and Israel, including Yale, the Hebrew Union College -- Jewish Institute of Religion in Jerusalem, and the Leo Baeck Seminary in London. From the pulpit of Temple Beth-El in Providence, he was also a stalwart of Rhode Island civic, intellectual, and religious life. All branches of Judaism recognized Rabbi Braude's learning and integrity, none more than the Reform movement in the United States for whom he was an especially respected ideological beacon. Joseph's father, Joel Isaac Braude, is also a rabbi, a graduate of the New York school of HUC-JIR. Joseph's grandfather, my father, had escaped war and revolution in Russia to find refuge in this country. The opportunity the United States offered this boy of thirteen in Ellis Island in 1920 aroused in him a special love. Rabbi William G. Braude's life story instilled in all of us a great sense of patriotic devotion and gratitude. Thus for Joseph and his family, the arrest, the trial, and this felony conviction for a crime against the United States are in and of themselves great sources of shame and dishonor, a profound punishment.

Joseph had a special bond with his grandfather, the senior Rabbi Braude. Although my father had suffered a series of debilitating strokes in the 1980s, he devoted the little energy left in his last years to preparing this first-born grandchild for his coming of age as a bar-mitzvah. It was an especially trying period in Joseph's life since his parents were going through a difficult

divorce. My father sought to direct his grandson's thoughts to the ethical lessons of the rabbis, the *Sayings of the Fathers*, *Pirkei Avot*, which they regularly studied together. Strange as this may be to say of a convicted felon, despite his egregious violation of the law, Joseph has taken these lessons of ethical conduct, duty, and responsibility to heart.

Despite that criminal error in JFK Airport on 6 June 2003, he has led -- and this is understatement -- an exemplary life. As an adolescent, he never drank or did drugs. Nor did he indulge in other acts of youthful rebellion or irresponsible behavior. He has never gotten a parking or speeding ticket. He has always been a supremely decent, responsible, respectful, caring, moral, and conscientious young man, ever solicitous and responsive to his family, friends and fellow-workers in the many different aspects of his life. The testimonials from individuals of high character, diverse accomplishment, distinction, and moral probity you are receiving confirm my claim. I single out six, not necessarily the most distinguished. Two are a former girl friend who is a Rhodes Scholar and her mother who is the wife of a Federal Judge -- only the canons of his office prevent him from adding his own words. At least one agent of the FBI -- now retired -- is praising Joseph's dedicated service to our country, which he personally supervised. More federal agents, I believe, would join him, but as current employees, their ability to speak openly is restricted. No such limitation applies to James Woolsey, former director of the Central Intelligence Agency. Another testimonial is coming from a Pulitzer-prize winning correspondent for the *Wall Street Journal* who has known Joseph since the days when my nephew, though only a high school student, was a regular columnist for the *Providence Journal*. A distinguished Iraqi archivist and librarian can attest to Joseph's trustworthiness and honesty, for he freely granted him unfettered access to valuable manuscripts in a center dedicated to protecting the cultural heritage of Iraq and the Gulf, this in Dubai, a center for the illegal trafficking of precious artifacts.

There is another way in which he has learned much from his grandfather. Rabbi Braude did not covet material possessions. He loved learning and people, but he did not love things. Joseph shares these qualities with my father. He is not a collector. He has led a simple, almost monastic life, with precious few possessions. I know this because I regularly visited him in the simple grad-student like apartment near Harvard Square where he had been living when he was arrested. Despite all his time abroad, aside from the musical instruments which he does play, he has acquired practically no souvenirs of his travels. He has devoted himself to recovering the cultural heritage of the Middle East, not to possessing it.

The patriotism that is Joseph's heritage was made real through the unheralded service he rendered the United States as a confidential informant for the Federal Bureau of Investigation from 1994 to 1999, a service that began when Joseph was a twenty-year old undergraduate at Yale and formally ended only when graduate studies and subsequent employment regularly sent him abroad, where legally the FBI could no longer use him. Nonetheless, informally he has continued to make available to United States authorities whatever he learned of importance. In the decade before the eleventh of September, when hardly anyone was paying much heed to the activities of extremist Islamic groups in the United States, Joseph gathered basic information about their structures, finances, personnel, and organization that has proved of great value in the current struggle. He did so at personal risk and in secretive ways. Others more directly involved with this effort are testifying to his heroism, dedication, and devotion.

In retrospect, for Joseph's sake, it might have been better if he had not been involved in this clandestine project, but the US government would have been that much less the wiser and our country even less secure. He was too young to gauge its risks and too naive to understand

its consequences. But he had exceptional skills that made him uniquely qualified and I can understand why the Federal Bureau of Investigation relied upon him. Then they had no one with his talents and character. Even now they have precious few such people who could infiltrate suspicious communities. Joseph is a loyal American, a scholar of Middle Eastern culture, part of whose ancestry hails from that region.

Even more significantly, he is a brilliant linguist with a genius for music, a combination that gives him a natural ear for the rhythms, pitch, and tone of speech. The same genius that allows him to hear a melody and play it back instantly on almost any instrument with improvisational originality so that it becomes his own is what makes him such a master of Arabic, Hebrew, and Persian. In order to speak and understand a language as if it be one's mother tongue, one must know how to sing it. Book learning is not enough when so much of the many variations of Arabic speech, for example, bear little relation to the written word. Joseph Braude is one of a rare group of Americans who is capable of reaching out directly to the Islamic world in Arabic and Persian and has done so through the press, television, and radio. In this age of dismal American public diplomacy, he has skills that must be nurtured and valued.

Joseph's strengths are not only linguistic. He is an erudite Yale and Princeton-trained scholar of the Middle East, with a deep insight, appreciation, respect, and love for all its many cultures and peoples, as even a superficial glance at his book on the *New Iraq* will demonstrate. He also writes engagingly. Of course, you need not rely upon my judgment. Many parts of the United States government have recognized this. Even while under federal indictment, different departments in Washington have reached out to him for consultations. Just weeks before the trial, he took a call from the office of James O'Beirne in the Department of Defense, seeking to recruit him for an appointment in Baghdad. Clearly this is a talent that must not be wasted.

The great puzzle in this sorry case is how could such an ethical, conscientious, and able young man commit such a stupid blatantly criminal act. There is no doubt that his actions in JFK were criminal, whatever his ultimate intentions. He has told me that he intended to cut through the red tape and deliver the artifacts directly to his contacts in the Department of Defense, the people who had been seeking his advice and were considering him for employment and who had the resources to safeguard and return the objects to Baghdad during this period of uncertainty, tremendous chaos, and personal insecurity in Iraq. Everything I know about my nephew, his modest style of life, his devotion to erudition rather than conspicuous consumption, his demonstrated patriotism, and his deep-rooted moral conduct, convinces me that this claim is sincere and genuine. Nothing he could gain from hoarding or selling these objects could outweigh the advantages of turning them over to the authorities whom he personally knew to be reliable and trustworthy.

However, despite all his talent and experience, Joseph is still a kid, a naive innocent, who somehow believed that he could waltz through US Customs, blithely ignoring normal procedures and requirements. Once confronted with his violations, he naively believed that people entrusted with enforcing the law, habitually and professionally trained to be skeptical, would accept his good intentions.

During this past year I have seen him gradually come to grips with his criminality. Precisely because he is a good and moral person, it has taken him a very long and painful time to realize that some might legitimately regard him otherwise and that his actions were not good and not moral. It has been a painful experience, but he has learned an important lesson. He will never again commit such a crime.

What Joseph Braude did in Queens on 6 June 2003 was a criminal aberration, a gross lapse in judgment in the life of a young man of otherwise exceptional talent, admirable character, and heroic patriotism dedicated to the welfare of the people of the United States. Society will gain nothing and lose much from a sentence of imprisonment. It would serve little purpose since on his own he has been undergoing the examination of the soul that is necessary for contrition and atonement, a process that will be reinforced by the penitential Days of Awe that are fast approaching as he faces sentence in your court. Joseph has much to repair in his life before he can again contribute to America's understanding of the Middle East and the Middle East's understanding of the United States. To imprison him or subject him to an onerous punishment would only further delay and obstruct that important contribution.

In the *Ethics of the Fathers*, the book my nephew studied with my father, there is a perplexing statement about a judge in court that may be translated as follows: "when litigants appear before you, consider them culpable, but when they have finished the trial, consider them worthy, in so far as they have taken upon themselves the verdict." My nephew has finished his trial in your court. He has taken upon himself the verdict of guilt. May this act of atonement gain him the merit of mercy in your court.

With many thanks for your attention to this plea,

Sincerely yours,

Prof. Benjamin Braude

# Exhibit 3

September 1, 2004

Hon. Judge Allyne R. Ross
U.S. District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

RE U.S. v. Joseph Braude 03-CR1009 (ARR)

Dear Judge Ross:

I'm a friend of Joe Braude and have known him about 10 years. I met him in the newsroom of the Providence Journal, in Providence, R.I., where I ended my tenure there as chief of the investigative team and where Joe dropped in occasionally while doing freelance work as a high school student. I got to know Joe and his family well during the two or so years that I took conversational Hebrew from his mother, who, you may know, was born in Iraq and grew up in Israel before moving to the U.S. I moved to New York in 1996 and have kept in occasional touch with Joe since then. I now work as a reporter for the Wall Street Journal, covering the commercial real estate business. It goes without saying, I hope, that I'm writing on my own behalf as Joe's friend and that this matter doesn't involve the Journal or its parent company, Dow Jones & Co., in any way. This letter hasn't been reviewed by the Journal or any of its executives, lawyers or anyone else. I'm writing as a citizen, on my own.

That said, I'm happy to write on Joe's behalf and I hope you'll agree with me that leniency should very much be considered in his case. I'm sure you are well aware of Joe's intellectual gifts and impressive academic record so far. And others, I'm sure, have pointed out Joe's potential not just in scholarly pursuits but in bringing those talents to bear in some practical way to bridge the cultural divide between the Middle East and our own society.

I would like to emphasize something else. I believe Joe has learned and grown as a result of this difficult ordeal. Joe is remorseful and knows he has done wrong. He understands not

only that he broke the law, with all that that entails, but also that he acted in a way that was terribly self-destructive and contrary to his own values. What's more, I believe that this collision with the criminal justice system has affected him profoundly and has had results that, paradoxically enough, can be only seen as beneficial. I believe it has spurred him to begin a process of introspection into what caused him to make these obviously disastrous decisions. I'm not an expert on Joe's family life and upbringing, but I do know that his relationship with his father has been seriously troubled. I'm also not qualified to speculate on the relevance of all that, but I feel it is relevant. I know Joe realizes that he perhaps lost perspective on where he fits into the world and certainly that he was trying to go too fast and accomplish too much in too short a time. I'm not saying that he merely made a "mistake." Actually, I know he understands full well that he broke the law and is entirely responsible for his actions. I am saying that he realizes that deeper motivations may have contributed to these self-defeating actions. I'm encouraged that he sees this difficult moment as an opportunity to explore what may have caused him behave this way. I believe that Joe has begun to absorb the meaning of the events of the past year and that they have put him in a position to begin to fulfill his potential and become an enormous asset to society, both here and abroad.

Thank you for allowing me to write on Joe's behalf. I wouldn't presume to know what penalty Joe justly deserves. I would say that he could be incredibly useful if and when he is asked to perform community service and, as his friend, I obviously very much hope he stays out of jail.

Sincerely,

Dean Starkman
132 Joralemon Street, #1A
Brooklyn, New York 11201

# **Exhibit 4**

WAKE FOREST
UNIVERSITY

Department of English

September 2, 2004

The Honorable Allyne R. Ross
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

RE: UNITED STATES V. JOSEPH BRAUDE 03-CR-1009 (ARR)

Dear Your Honor,

I am writing to plead for mercy with respect to the sentencing of Joseph Braude. I met Joseph in the late eighties and became close friends with him toward the end of our high school education in Providence, Rhode Island. I stayed in close contact with him as we attended college, and then as we entered graduate school. I have since completed a Ph.D. in English from Cornell University and am currently teaching as a Visiting Assistant Professor of English here at Wake Forest University, a position I have held since 2003.

One of the most unusual qualities about Joseph that I recognized soon after meeting him was his extraordinary sense of civic duty. He ran a newsletter out of the basement of a coffee shop on Thayer St. in Providence which addressed all manner of concerns in the neighborhood, and which made its primary concern the improvement of that neighborhood, by acting as a forum for business initiatives and other ideas. Joe's first area of concern was the area he grew up in. As the son of a Rabbi, he also had a keen interest in Jewish affairs, and the state of Israel. I remember some of our most heated debates at this time revolving around the question of a Palestinian state and the proper response to the intifada of the late eighties. At this time Joe already was an accomplished Hebrew speaker and he also had an interest in Arabic culture and his mother's origins in Iraq.

Through college I followed Joe's progress in learning Arabic languages, and his work with Steven Emerson in analyzing the threat of Islamist terrorists. His command of the relevant languages already in college made it clear that he had a great deal of potential in this regard. I do not know the full extent of his achievements in this area, although I will never forget the now prescient warning that he and Emerson agreed on in the early nineties: the current generation of terrorists was relatively inept, but beware the next generation.

My sense is, however, that devoting himself full-time to anti-terrorist research ultimately did not meet Joe's sense of how he could make his best contribution to his country and the lands of his ancestry. Joe's languages, his gregariousness, and his artistic talent (to which I will return below), put him in a position to learn about contemporary Arabic cultures in a way that few others could. With the crisis in Iraq I believe his role became clear: to explore and consider

P.O. Box 7387 Reynolda Station • Winston-Salem, North Carolina 27109-7387
(336) 758-5383 • FAX: (336) 758-7193 • email: english@wfu.edu

Arabic culture and communicate his understanding to an American public at a time when such communication could hardly be more important. His first book does just this, and I can only hope that circumstances will allow him write many more.

Naturally, I believe that Joseph should be allowed to continue his important work, and at the appropriate time, to continue his travels to the Middle East. The serious crimes to which he has admitted guilt are in my best estimation gross and uncharacteristic errors. I cannot believe that he will ever repeat them, and I believe the Court can be confident of this. For this reason I hope with all my heart that you, your Honor, will judge his crimes not to warrant incarceration.

Let me add in closing that while I have always had in common with Joseph a love for writing, and for literature in English and other languages, we also share an intense love of music. Joseph was an extraordinary jazz pianist already in high school, when I was just beginning to work hard to learn improvisation. We performed together several times in Providence before we both left town—these are some of the fondest memories of my youth. In later years, Joseph introduced me to the Arabic instruments that he was learning to play—the oud and the nay—as well as taking me to a Sephardic Jewish temple in Washington where the cantor sang in the Arabic style, something that he was learning at this time. Joseph's desire and ability to perform both traditional American and Arabic music is yet another sign of his commitment to linking these cultures, to finding common ground between them, and to making more Americans share his love of Middle Eastern culture, and more Middle Easterners share his love of America.

I most humbly repeat my plea for mercy with regard to his sentencing, and I thank you for your attention.

Yours sincerely,

Paul J. Hecht
Visiting Assistant Professor

# Exhibit 5

Eitan Sabo
860 Haverford Ave, Apt. 301
Pacific Palisades, CA 90272
September 6, 2004

The Honorable Allyne R. Ross
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: UNITED STATES V. JOSEPH BRAUDE 03-CR-1009 (ARR)

Dear Judge Ross:

I am writing this letter on behalf of one of my oldest and closest friends, Joseph Braude. In the 21 years I have known him, Jojo has been a constant source of encouragement and inspiration to me. He is a bright, conscientious and caring person; and I have always felt lucky to have him as a friend.

As I write, I am reminded that Jojo wrote the peer character reference for my application to the Massachusetts Institute of Technology, where I graduated with a B.S. in Finance and Economics in 1997. I am currently a Vice President at Deutsche Bank living in Los Angeles with my wife. Despite our distance, I still speak with Jojo and see him often—whether in Rhode Island where our parents live, in New York, or wherever we cross paths.

I first met Jojo when I was eight years old and he was nine, shortly after my parents and I moved to Rhode Island from Chicago. Even then I could see that he was no ordinary nine-year-old. He was talented, inventive and displayed a thoughtfulness beyond his years. Jojo loved Jazz and Klezmer music and played the piano beautifully. He spent hours listening to old radio shows and movies. Still in junior high, Jojo had an ongoing correspondence with the late film actress Faye Wray. I was a shy kid, and Jojo's enthusiasm brought out a side of me that probably would never have seen the light of day. He wrote countless radio plays and encouraged me to perform in them, always making sure to write a part that showcased my particular strengths. I remember my mother's confused look when she came home one day and found a mangled head of lettuce on the floor. We explained that a book Jojo had read on the secrets of radio plays claimed that pounding a head of lettuce near a microphone was the best way to simulate a fight on-air.

At around age 10, Jojo began writing and publishing a free local newspaper (The East Side Variable), dedicated to the neighborhood in which we lived. I remember watching with awe as it grew from 2 pages per issue to 16, how together we would walk the paper route delivering the complimentary Variables door to door. To say I looked up to Jojo hardly describes the respect I felt for my friend. In addition to being creative and self-motivated, Jojo devoted himself to making a difference in the community. It was that great talent combined with a

genuine interest in people and their well being that made him so remarkable. In middle school, I remember the principal's excitement about Jojo's radio play, "Say Joe to Drugs", a fun way to connect with kids our age and send a positive message. In high school, Jojo gathered all five Providence mayoral candidates to compete in a new urban planning computer game called SimCity. His article on the results took up the entire front page of the Lifebeat section of the Providence Journal.

But Jojo's passion for people, history, and culture was not limited to Providence. He is the son of a Jewish immigrant from Iraq, and I am the son of an immigrant from Israel. Together we cultivated a strong connection with the land of our roots. At Jojo's house we ate as though we were on the other side of the world: humus, grape leaves. Jojo could eat spicy food like no one I had ever met our age. As I remember, Jojo's mother had left Iraq as a refugee. And while I was able to go back to Israel to visit family frequently, Iraq was a very different place and I do not remember Jojo being able to visit.

In those grade school days, when a little brother was more likely to get locked in a closet than be invited to play, Jojo was always eager to include his younger brother Yoni in our games. The love and loyalty that Jojo displayed for his little brother went beyond fun. After his parents' divorce Jojo looked after Yoni, helping him with his schoolwork and protecting him like a son. Jojo was always equally concerned for his mother who went through two divorces during the years that we were friends. I remember calling Jojo on the phone from M.I.T. and hearing how frequently he worried about his mother's finances and health. He would do anything for his family and often interrupted his studies and career in recent years to help and support them.

When Jojo left for college, I wasn't surprised that he concentrated his studies on the area of his ancestry. But he didn't just study the Middle East; he went and lived there. On one occasion, when he was back in town, I had the pleasure of hearing him sing and play on the oud (a Middle Eastern guitar-like instrument). Listening to what seemed to be a perfect Arabic accent, I could see how much he truly loved the opportunity to immerse himself in his heritage.

As you read this letter I know you are considering Jojo's sentencing. Although I understand that he has pled guilty to the charges against him, I want to express my sincere hope that incarceration can be avoided. The Joseph Braude depicted in this case is not the man that I know so well and care so deeply about. He is a generous, dynamic and compassionate individual who has spent his entire life working hard for the benefit of his family, his fellow Americans and the people of the Middle East. Please show leniency.

Sincerely,

Eitan J. Sabo

# Exhibit 6

STEVEN EMERSON

5505 CONNECTICUT AVENUE, NW • SUITE 341 • WASHINGTON, DC 20015
PHONE: 202-363-8602 • FAX: 202-966-5191

September 7, 2004

The Honorable Allyne R. Ross
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**RE: United States v. Joseph Braude 03-CR-1009 (ARR)**

Dear Judge Ross:

I am writing to offer my personal experience with and assessment of Joseph Braude, who I have known for more than 11 years.

I am the executive director of The Investigative Project, a public policy counter-terrorism institute in Washington, DC since 1994, created after the first WTC bombing in 1993. Joseph served as my first research assistant and was seminal in the creation of my organization. He worked for me day in and day out, preparing some of the most brilliant analytical briefing papers that I have ever seen. During his college years, he continued to work for me, shuttling between New Haven and Washington, DC, in helping to investigate militant Islamic terrorist groups in the United States. I can tell you that without Joseph's input and work, I could never have created my institute. I can also tell you that US government investigators and analysts were awed by the brilliance and perseverance demonstrated by Joseph. After he left working for me, I know that he continued providing assistance to the US Government in the war on terrorism.

Joseph's brilliance was matched only by his unswerving dedication to this nation's security. His work still stands the test of time. Joseph's commitment and dedication to the public interest and good stands unparalleled in my entire career.

The people in the world I work in usually never get recognized. My counterparts in the US government are the unsung heroes in the war on terrorism. They work tirelessly without any external name recognition and for compensation that would be tenfold if they worked in the private sector. This country's security depends upon the dedication and commitment of those unsung heroes. Joseph is in this category. This country owes a debt of gratitude to Joseph for his unstinting and unrelenting devotion to our security. True to form, Joseph has never asked to be

recognized for his heroic effort and assistance, which, I can honestly tell you, has been pivotal to our nation's security.

In all of my dealings and experiences with Joseph, I have only known him to be honorable, full of integrity and totally honest--and totally out of character for the crime to which he has pleaded guilty to. I do not seek at all to minimize the seriousness of the crime he has pleaded guilty to. Indeed, his guilty plea will be a permanent stain on his promising career. I only seek the Court's mercy in not having Joseph be incarcerated. I know that the guilty plea to such a crime has caused him great pain, shame and embarrassment. Moreover, it will always be on his record, which he never will be able to erase. For the rest of his life, he will bear this burden. Because of this, and because of Joseph's prior record of honor and devotion to this country, I would hope that you might see fit to avoid any sentence requiring incarceration.

I am sure that our nation would profit infinitely more if Joseph were required to perform some type of community service instead of being sentenced to jail. I know that Joseph understands and accepts the severity of his crime. I can only ask that the court show leniency on this young man, and allow him to perform community service that will in the end allow him to begin the moral restitution that will both provide justice and truly allow this young man to provide something of tangible benefit to our society, something that will assuredly redound to our nation's benefit, as he has demonstrated in the past.

Sincerely,

Steven Emerson
Executive Director
The Investigative Project

SAE/kab

# Exhibit 7

October 8, 2004

The Honorable Allyne R. Ross
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

RE: UNITED STATES V. JOSEPH BRAUDE 03-CR-1009 (ARR)

Dear Your Honor:

I graduated with a degree in Math and Physics in 1968. After a three-year tour of duty as a Naval Officer, I began my career in the FBI in 1971. I initially worked criminal cases, then domestic counter-terrorism. I worked the Weathermen prior to their bombing of the U.S. Capital and the Xerox Headquarters. Because of my educational background and Navy experience, I was transferred to FBI Headquarters (FBIHQ) early in my career. As chief of the Planning and Analysis Staff, I coordinated strategic and tactical planning for all FBI technology programs. In 1994, consistent with Director Freeh's desired to reduce FBIHQ special agent staffing, I volunteered for a transfer to the Washington Field Office. I was assigned to the Hamas counter-terrorism squad and it was through my work on that squad that I came to know Mr. Braude in November 1994.

Mr. Braude played a primary role in collecting intelligence and documentation to support an award-winning PBS documentary, captioned, "Jihad in America." For almost a year prior to the broadcast, Mr. Braude, in an independent undercover capacity traveled across the country, visiting selected Mosques and conferences, meeting with radical Islamic groups and individuals bent on bringing terrorism to the United States. He posed as a potential jihadist and collected videos that these radical groups produced to support their fund raising and recruiting. Portions of the videos were contained within the Jihad in America documentary. Mr. Braude also carried out non-official trash covers and other investigative techniques targeted against several of the radical Islamic front organizations in the Northern Virginia/Washington D.C. area. He and his small group of independent private terrorism investigators spent days pasting shredded documents back together. He was totally focused on a mission to educate the American public and the U.S. Government on the grave hazards that radical Islamic terrorists presented to the United States and carried out his work for little pay. He did this work without the backstopping and backup afforded FBI special agents working in an undercover capacity to ensure their safety. He also operated without the checks and balances or supervision to minimize any potential embarrassing or troubling situations resulting from his aggressive investigative activities.

In my own experience working undercover as a special agent, I was so focused on my desire to accomplish the mission that I sometimes proposed risky actions and operations that I firmly believed would succeed. My supervisors at the various levels of oversight

frequently turned down my proposals. Sometimes it was concern for my safety and sometimes it was the proverbial "it might embarrass the Bureau," that inhibited their approval. But the fact is that I did have experienced supervision and oversight and that helped me learn to assess the risks inherent in such endeavors.

At the time "Jihad in America" was aired, Mr. Braude and his associates were under personal threats. As I came to know the wealth and depth of knowledge possessed by Mr. Braude, I established and maintained contact with him to exploit his information in support of the counter-terrorism mission. He continued with his independent operations and provided the FBI with valuable information and assessments of various radical individuals and groups. At that time, the FBI was operating under rules and regulations that inhibited our investigation of radical Islamic terrorism. For example, special agents as well as operational assets under official FBI directions were prohibited from entering a Mosque to listen to speeches advocating terrorism. Of course, few of us understood the language. Mr. Braude did understand the language and independently associated with these radical groups and individuals. Since he was officially operating for a private terrorism research organization, he was able to carry out his operations and the FBI greatly benefited from the knowledge that he gained. Even his tutoring regarding the Arab and Islamic culture and the pronunciation of Arab names proved invaluable.

One of the individuals that Mr. Braude targeted was Abdurahaman Alamoudi, who formed the American Muslim Council (AMC). Alamoudi presented the AMC as an advocate group for Muslims with a mission to protect their "human rights." Mr. Braude assessed Alamoudi and the AMC and advised that the AMC was a front to facilitate fund raising and deflect Government concern for the actions of various Islamic organizations with terrorist-related missions. At the field investigative level we believed that Alamoudi was a charlatan; however, he had access to the White House. Public source information indicates that President Clinton and Vice President Gore met with Alamoudi along with 22 other Muslim and Arab leaders on November 9, 1995. In December, 1995 Clinton's National Security Advisor, Anthony Lake met with Alamoudi and other American Islamic leaders. Alamoudi later arranged Ramadan celebration events both with the Congress and First Lady Hillory Clinton at the White House early 1996. He later brought together his associates to meet with Vice President Gore in the Old Executive Office Building. Recent newspaper articles indicated that he played a strong role in developing the Muslim Chaplin program for the U.S. Army, even to the extent of recommending specific individuals for Chaplin positions. At the field investigative level, we were inhibited in counter-terrorism efforts targeted against Alamoudi. Alamoudi had better access within the Administration than we had. Behind the scenes, Alamoudi was facilitating actions of known terrorist leaders through various front groups and defending high-level terrorist leaders when they fell into the Federal Government sites. Following the arrest of Musa Abu Marzuk, the political head of Hamas, Alamoudi provided leadership to form Marzuk's defense fund and was quoted in the Washington Post, adding, "This arrest is an insult to the Muslim community." Recent events demonstrate Alamoudi's true nature for all to see – he pled guilty to illegally moving approximately $350,000.00 in cash from Libya. Although it was not part of his plea, the cash was to fund a plot to assassinate the Saudi ruler.

Another group that Mr. Braude targeted was the World Assembly of Muslim Youth (WAMY). They presented their organization as almost a boy-scout type group with an Islamic mission. The Northern Virginia WAMY chapter leader was the nephew of Osama Bin Laden. Mr. Braude attended several of their conferences across the country and found that various radical Islamic organizations, like Hamas were using the group to raise funding and recruit jihadists. A few months ago the Federal Government, led by U.S. Customs, raided the WAMY Northern Virginia Office and seized their files and computers. An affidavit signed by Customs Senior Special Agent David C. Kane contends that a WAMY publication lists people who have attacked Israelis, including a man who killed 14 people by driving a bus off a cliff, as "Heroes from Palestine."

As the two above examples demonstrate, Mr. Braude was almost ten years ahead of the Federal Government, the media and the American people in understanding the threat posed by many of these radical Islamic organizations. The liberties and openness of the U.S. allowed these terrorists and terrorist support figures and organizations the freedom to raise funding, recruit jihadists, develop their capabilities and identify our vulnerabilities.

Mr. Braude was a civilian counter-terrorist warrior, before this Country even realized the true nature of the threat. He carried out his efforts with little concern for his personal safety or monetary compensation. Mr. Braude received no payments from me for his valuable information. Since he had the knowledge, skills, abilities and courage needed by the FBI, I did my best to recruit him as a special agent within the FBI; however, he was determined to continue his education. After I retired from the FBI, I maintained contact with Mr. Braude and other members of the non-profit terrorism research organization. I gave presentations to support their fund-raising efforts.

I understand his actions upon his return from Iraq in the presence of U.S. Customs agents violated Federal Crimes. However, I firmly believe that his actions were the result of poor judgment and not motivated by a desire for personal gain. His actions were the result of mistakes and misunderstandings and once the events started rolling, they captured him like quicksand. When I went to the FBI Academy, we were lectured on "letters of censure." They were internal administrative punishments administered for violations of rules, regulations and policies and were usually signed by the FBI Director and placed in your personnel file. But we were also told agents who never got a censure were likely not aggressively conducting their investigative work. If your efforts supported the mission and the censure was simply due to poor judgment, you took it as a needed lesson and moved on with your career and life. During my contacts with Mr. Braude, we often joked about the risks that he took. I talked with him as I did with other FBI agents who recently participated in a dangerous raid or arrest. I feel some responsibility for his troubles. Even though I was not directing his actions, I should have taught him more about risk assessment and sound judgment.

In summary, despite the serious nature of his crimes, I firmly believe that Mr. Braude's criminal conduct is completely uncharacteristic of the man I know him to be. He remains totally dedicated to humanity and our country and continues with the spirit of a warrior against terrorism. I respectfully request that you forgo any term of incarceration in your sentence for Mr. Braude's crime.

Respectfully yours,

Thomas Walczykowski

Thomas Walczykowski
405 Cloverway Drive
Alexandria, VA 22314
(703)461-9206

# **Exhibit 8**

### *World and Islam Studies Enterprise*

With bases in London, England and Tampa, Florida, the "WISE Center" is both an academic institution and a cover for Palestine Islamic Jihad operatives.

The publisher of the Center's flagship publication, "Qira'at Siyasiya" ["Political Readings"], also a member of the board of directors, is Bashir Nafi', a leader of the PIJ organization. Born in Rafah, Gaza in the late '40s or early '50s, Nafi' left the Gaza Strip in the '70s and moved to Egypt, where he studied to be a veterinarian. He then moved to Europe and began writing for Islamist publications in France and London: Falastin al-Muslimah, the monthly magazine of Hamas; al-Hilal ad-Dawli; and as of 1986, at-Taliyah al-Islamiyah, published in London. On a trip to Gaza in 1981, Nafi' met with As'ad Siftawi and his son 'Imad, a PIJ operative. The Siftawis introduced Nafi' to Fat'hi Shiqaqi, the PIJ commander-in-chief since deported and now living in Damascus. According to sensitive information, Nafi' in the course of his travels has transferred monies to PIJ operatives, recruited new operatives, and transmitted communiques. It is significant that Khalil Shiqaqi, Fat'hi's younger brother, came to Tampa under the auspices of WISE and became a scholar in residence at the University of South Florida.

In Tampa, the WISE Center has endeared itself to the mainstream academic community at the University of South Florida. A cooperation agreement was signed two years ago, in which the two institutions agreed to sponsor joint academic conferences on the Middle East and Islam, and WISE agreed to hire USF students as researchers and interns [n.b.]. In the framework of this cooperation agreement, WISE has brought Sudanese leader Hasan at-Turabi to Florida to meet with scholars. More recently, it invited Tunisian revolutionary Rashid al-Ghannoushi to do the same. Ghannoushi was denied a visa. The director of the WISE Tampa office is Ramadan Abdullah. Other prominent people involved are Mazen Najjar and Sami al-Arian.

By contrast to UASR, a resolutely Sunni Islamist institution funded in part by WAMY and aligned with the Muslim Brotherhood, WISE is thought to be or to have been somewhat dependent on funds from Iran. It thus has a more favorable attitude toward the ideological legacy of Khomeini.

### *International Institute of Islamic Thought*

IIIT is the most prolific publisher of Islamist books in the United States. Publications focus on Jihad and a variety of militant Islamist causes. The organization's stated overall academic objective is the Islamization of Knowledge and Islamization of the Sciences. More than any other academic institution in the United States, IIIT is a melting pot of Islamist causes. Even pro-Iranian and pro-Saudi tendencies have a way of fusing here.

Based in Herndon, Virginia, IIIT hosts representatives of numerous Islamist groups. For example, playing a leadership role in the organization is [or was; this information may be old] Ali Ramadhan, a member of the National Liberation Front, the Libyan Islamist opposition group. Also prominent in IIIT is Taha Jaber al-Alwani, an Iraqi opposed to the regime of Saddam Hussein. Publications and numerous cooperative ventures with UASR indicate there is a strong pro-Hamas stream within the organization as well. [As noted above, IIIT cosponsored the landmark June 1991 Washington conference of UASR.]

We also note a connection to the Palestine Islamic Jihad clique: there has been a series of activities cosponsored by IIIT and the WISE Center. Taha Jaber al-Alwani is close to PIJ activists Sami al-Arian [see below] and Ramadan Abdullah; he has played a prominent role in more than one conference of ICP [see below]. Furthermore, al-Arian and Abdullah both participate in IIIT events.

# Major Islamist Thinktanks in the US

Three American institutions churn out scholarly books and periodicals with conclusions that support militant Islamist movements. Individuals associated with these institutions have been clearly linked with terrorism. A fourth institution has less to show for itself in the way of publications, but is no less clearly affiliated with terrorism.

## *United Association for Studies and Research [UASR]*

Based in Annandale, Virginia, UASR primarily publishes books on Palestinian politics, presenting Hamas and the Islamist movement as the solution to the Arab-Israeli conflict. The director of the Association is Ahmed bin Yusef, aka Ahmed Mahmoud Muhammad Salah, who hails from Gaza, where he used to serve as chief of the Hamas "publications" wing. Yusef authored many of the early Hamas communiques, and is thought to have penned most of the Hamas charter. [Yusef is the brother of Khalid Mahmoud Salah, one of the most wanted Islamic Jihad activists of 1987, who broke out of a Gaza prison cell that May together with Imad Sistawi and three others. Khalid managed to flee to Egypt. Today, he's an operative for the Ahmad Mahana faction of Islamic Jihad in Syria.]

UASR's periodical Middle East Affairs Journal lists among its board of advisory editors Khurshid Ahmad, the Deputy Chairman of Pakistan's Islamist party, Jama'at-e-Islami; and Kamal Hilbawi, a high-ranking Muslim Brotherhood radical with ties to Afghani, Egyptian, and Palestinian militants, who shuttles between the U.S. and Pakistan, where he's the director of the Institute for Policy Studies.

High-ranking Hamas operatives in the occupied territories have been in telephone contact with UASR. UASR's fax number, for example 703-750-9010, was called more than once by 'Adil Jineedi, the Hamas operative in charge of the Hebron region. Among the members of UASR's board was Musa Abu Marzuq, the chief of Hamas's political affairs bureau, who moved from Virginia to Damascus two years ago. He had lived in the United States for 15 years, first in Louisiana, then in Springfield. He was also in contact with activists at the Al-Kifah Refugee Center. Based on information obtained from Al-Kifah, we have made telephone contact with Arabs in Louisiana who used to be his neighbors and are still in touch with him.

According to sensitive information, a meeting of six or seven Hamas leaders took place under UASR's auspices in May 1992. Among the participants were Mahmoud Rumhi [Muhammad Kath'm Suwalha's brother-in-law -- see confession of Hawajah], Musa Abu Marzuq, and Muhammad Salah aka Abu Ahmad. Participants discussed Hamas activities and money issues, elections for autonomy, and problems between the Hamas movement and other organizations. Rumhi did most of the talking; one of the persons present took down what he said.

The largest international gathering of Islamist leaders ever held in the United States was a conference cosponsored by UASR and IIIT [see below] in Washington from June 19 to 21, 1991. Participants included representatives from Afghanistan, Egypt, Iran, Iraq, Jordan, Lebanon, Kuwait, Libya, Pakistan, Palestine, Saudi Arabia, Sudan, Syria, Tunis, Yemen, and elsewhere. We have obtained a list of attendants. Among the Jordanians were radical parliamentarians Ishaq al-Farhaan -- also present at the closed-door meeting of terrorist trainees led by Muhammad Salah at a 1990 Kansas City MAYA conference -- and Leith Shbeilat, later caught together with Ya'aqub Qarash maintaining a cache of weapons paid for by Iran, and implicated in a plot to assassinate King Hussein. Also prominent on the list of guests was Muhammad Yusuf Abbas, who replaced the late Abdullah Azzam as ideological leader of the Afghan Arabs and editor-in-chief of Al-Jihad magazine in Peshawar.

UASR is funded in part by WAMY. It is a Sunni institution aligned with the Muslim Brotherhood.

**Exhibit A**

As an organization. MAYA does not actively support Sheikh Umar Abd ar-Rahman's movement, Al-Gama'ah al-Islamiya. But individuals within MAYA's leadership have personal and organizational affiliation with Sheikh Umar [specific information is available], and American organizations that support al-Gama'ah [see page 5 paragraph 4] are permitted to distribute leaflets and other materials at MAYA events.

MAYA is an offshoot of the Islamic Society of North America [see page 1 paragraph 8].

## *Islamic Association for Palestine in North America*

Founded in 1981 as the Palestinian offshoot of MAYA, IAP has branches in Arizona, northern and southern California, Chicago, Michigan, New York, New Jersey, Wisconsin, and other states. We have investigated individuals associated with IAP in each of these states, among others.

Among the founders of the organization: **Musa Abu Marzuq** [see page 2 paragraph 4], his brother-in-law **Ghassan el-Ashey**, and Ghassan's brother **Basman el-Ashey**. The el-Ashey family has business interests in California. The current President of IAP, **Umar Yehiyeh**, resides in California. The past President, **Yasir Bushnaq aka Yasir Salih**, is currently in charge of Solidarity International for Human Rights [see page 4, paragraph 8].

IAP's largest branch is in Chicago, where it is incorporated under the name American Muslim Society. Its director is **Rafiq Jaber**. Other prominent members who play a leadership role include **Sheikh Jamal Sa'id, Sabri I. Samirah, Holi Suliman, Muhammad al-Khatib.**

IAP publications, conferences, and festivals promote Hamas and affiliated charitable organizations, among which are those listed on page 4, paragraph 8. Among speakers at past IAP events: **Khalil al-Qawqan**, a prominent Hamas leader from the territories since deported; **Tawfiq Mustapha**, representative of **Hizbu-t-Tahrir** from Germany; numbers 3, 4, 9, 13, 16, and 17 of page 6 paragraph 2, and probably numbers 5, 6, and 7 as well. Publications include: **Az-Zaitonah**, a biweekly Arabic-language newspaper; **Muslim World Monitor**, its sister publication in English, **Ila Falastin**, a magazine no longer in publication that targeted Muslim audiences worldwide; and **Sawt al-Muntadaa**, a newsletter published jointly with MAYA. IAP also distributes **Filistin al-Muslimah**, the full-color news magazine of Hamas published in London.

At one IAP event in Chicago this past autumn, **M. Ibrahim Muzayyin** raise over $200,000 for the **Holy Land Foundation for Relief and Development**.

IAP is an offshoot of the Islamic Society of North America [see page 1 paragraph 8].

<u>A list of relevant names, addresses, and phone numbers gleaned from diverse sources has been assembled as the framework for a thorough investigation of businesses and individuals affiliated with IAP and Hamas in the United States.</u>

## *Islamic Committee for Palestine*

Whereas IAP and MAYA are loyal to the Muslim Brotherhood and its surrogates, affiliations of the Tampa-based ICP reflect the pan-Islamic revolutionary ideology of Iran, and more specifically, the Palestine Islamic Jihad movement. ICP publications and conferences seek to unite disparate Islamist groups from all over the world in a confrontation with the West.

ICP has offices in North Carolina, Florida, and some other states. Its core constituency is smaller than that of IAP or MAYA. The Master of Ceremonies at most ICP conferences is Ramadan Abdullah, also President of the WISE center. ICP President Sami al-Arian, according to sensitive sources, is a trusted friend and operational advisor to Damascus-based Palestine Islamic Jihad chief Fat'hi ash-Shiqaqi. The opinion has been expressed that the three Palestinians are related.

A comparison of the board of directors of ICP and WISE reveals an extensive personnel overlap. In fact, the leadership is identical.

ICP's annual conferences have been held in St. Louis, Missouri and Chicago, Illinois, among other cities. Here is a partial list of militant movements and their representatives who have participated in ICP conferences: (1) Al-Gama'ah al-Islamiyah: [Egypt] Sheikh Umar Abd ar-Rahman and Palestinian American operative Faw'waz Damrah [Damrah recently told an investigator that he has since split with the Sheikh's people]; (2) Tawheed: [Lebanon] Sheikh Sa'id Sha'aban; (3) An-Nahdhah: [Tunis] Sheikh Rashid al-Ghannoushi; (4) National Islamic Front: [Sudan]: Sheikh Hasan Mekki, Sister Khadijah Karar; (5) Hizbullah, Sheikh Muhammad al-Asi [based in the United States] (6) Palestine Islamic Jihad: Sheikh Abd al-Aziz Udah, Bashir Nafi'; (7) Lyndon Larouche Group. Additionally, many American Muslims who participate in conferences of IIIR [See page 4] are also regulars at ICP conferences: Zaid Shakir and Safet Catovic, among others.

Extensive information is available on the appearances of the speakers listed above, among others.

Funds are raised during ICP conferences. Donations are also made to an account in Jacksonville, Florida called the Islamic Fund for Palestine. We've obtained the account number.

ICP publishes a magazine called Inquiry and occasional conference transcripts in Arabic. It was the main distributor of Palestine Islamic Jihad's flagship publication, Islam and Palestine [there was also a distributor in Nicosia, Cyprus], and another Islamic Jihad publication, Al Mujahid. To the best of my recollection, both are out of print.

ICP was until recently headquartered in a Tampa printing shop, Creative Graphics, Inc. The Islamic Committee for Palestine is not incorporated per se. But a front organization called the Islamic Concern Project -- to the best of my recollection -- is. We have obtained corporate records and other related information, including names, addresses, and phone numbers of affiliated individuals.

It is well-known that Sheikh Abd al-Aziz Udah [see #6 above] attended numerous ICP conferences in Chicago. A Tampa source close to individuals affiliated with World Trade Center bombing suspects, contacted by telephone, said he remembered seeing Sheikh Udah in Tampa as well, delivering Khutbas at the Iz ad-Din al-Qassam mosque. The mosque is controlled by Sami al-Arian and his associates.

Appropos of Islamic Jihad in the Tampa Bay area, another source affiliated with WTC bombing suspects who is sympathetic to and possibly affiliated with Islamic Jihad himself, was contacted by telephone a few months ago. He indicated that Islamic Jihad followers in his area are disappointed with the sleepy leadership of Sheikh Adil al-Aseer, the elderly Imam of the Islamic Community of Tampa Bay. They want to see the young deputy Imam Muhammad Sultan take over. At the time of the telephone conversation, Sheikh Sultan was in Jordan.

Here is a partial list of other North American charities that make substantial contributions to Hamas, primarily or exclusively. We have identified the key players in most of these institutions, as well as relevant addresses, phone numbers, and other information: (1) Solidarity International for Human Rights: an Illinois-based organization under the leadership of Yasir Bushnaq, aka Yasir Salih, the former President of the Islamic Association for Palestine. (2) Silwad Charitable Organization: Directed by wealthy Silwadi emigre Muhammad 'Isa, aka Abu Muhammad as-Silwadi; (3) Ein Yabroud Charitable Society, a low-profile organization incorporated in Illinois and apparently run by the family of Muhammad Jarad; (4) Al-Bireh Islamic Club, another low-profile ad hoc organization based in Milwaukee, Wisconsin, probably directed by IAP activist Jamil Sarsour. (5) Al-Aqsa Educational Fund, a Mississippi-based organization [I have forgotten details of this group, but we have collected information which is sitting in Washington right now]; (6) Al-Aqsa Defense Committee [Again, information is available, but I do not recall the details offhand].

A note regarding charity number 4, the al-Bireh Islamic Club: You will recall from the final revised indictment of Muhammad Salah that unsuccessful efforts were made to enlist the help of the "Sarsour family" of Chicago in transferring money to the occupied territories. We were unable to find out more about the nature of Salah's contact with the Sarsours, or even which Sarsours. But we know that Jamil is affiliated with IAP, and we are also aware of a Musa Sarsour living in Illinois.

### *Palestine Islamic Jihad*

The Islamic Committee for Palestine based in Tampa, Florida maintains a bank account in Jacksonville called the Islamic Fund for Palestine, which functions as a conduit for funds to the Islamic Jihad organization in the West Bank, Gaza, and Israel. Additionally, ICP President Sami al-Arian and prominent ICP member Ramadan Abdullah have written checks to at least two Islamist organizations in the occupied territories currently under investigation. We have obtained copies of two of those checks, and we will soon know whether the organizations are fronts for Palestine Islamic Jihad.

### *Al-Gama'ah al-Islamiyah [Egypt]*

Al-Gama'ah and its leader Umar Abd ar-Rahman enjoy the ideological and financial support of the Al-Kifah Refugee Center, the American Islamic Group [Al-Gama'ah al-Islamiyah al-Amrikiya] of San Diego, Jama'at al-Muslimeen of College Park, Maryland, and other organizations.

### *Islamic Moro Rebels [The Philippines]*

The Al-Kifah Refugee Center, originally established to fund military and humanitarian activities in Afghanistan, has also channelled money to a variety of militant causes including the Moro Rebels, a guerrilla organization in the Philippines. We have obtained a thank-you note from the commander of the rebels to Al-Kifah director Abd al-Wali az-Zindani.

## American Umbrella Organizations of Islamist Activism

The Muslim Arab Youth Association, Islamic Association for Palestine, and Islamic Committee for Palestine facilitate Islamist activism in the United States. By holding conventions, conferences, rallies, and other public events and printing magazines, newspapers, and newsletters, the organizations serve the following purposes: (1) Help conservative Muslims fight the trend toward assimilation in the secularized culture of the United States; (2) Rally Muslim Americans in support of various militant Islamist causes; (3) Showcase and promote Islamist charities that fund militant movements abroad; (4) Offer a pretext for some

of the world's most notorious militant Islamist leaders to come to the United States and get together under the same roof, where in addition to addressing Muslim Americans they divide monies raised through charities and coordinate operations behind closed doors; (5) Provide militant organizations with a context to observe and recruit potential operatives in the United States.

### *Muslim Arab Youth Association*

Dominated by Palestinians, Egyptians, Sudanese, and Iraqis, this international organization has branch offices in Pakistan and Egypt, as well as Illinois, Indiana, and other American states. It has held major annual conventions for the past sixteen years in Phoenix, Arizona; Kansas City, Missouri; Chicago, Illinois; and elsewhere. It has also held regional conferences every summer for several years in New York, New Jersey, Michigan, Illinois, Toronto, and elsewhere. MAYA provides support, of the type noted above, to the following organizations, among others: the International Muslim Brotherhood -- including Hamas and other militant manifestations; the Sudanese National Islamic Front, and the Islamist bloc of Jordanian Parliamentarians affiliated with radical causes. [Extensive background information is available on most of the following individuals:]

Muslim Brotherhood officials who frequent MAYA conventions include: (1) Kamal Hilbawi [see page 5 paragraph 3]; (2) Mustapha Mash'hur, the Muslim Brotherhood's Deputy Supreme Guide based in Egypt; (3) Rashid al-Ghannoushi, head of the Tunisian an-Nahdhah movement living in exile in London; (4) Muhammad Siyyam, Hamas leader based in Sudan; (5) Jamil Hamami, a leader of Hamas's political wing based in the West Bank; (6) Ibrahim Ghusheh, Hamas in Jordan: (7) Musa Abu Marzuq [see page 2 paragraph 4] (8) Isam al-Bashir, high-ranking Sudanese Muslim Brotherhood activist: (9) Ja'afar Sheikh Idrees, Sudanese Muslim Brotherhood, broke with Turabi, now head of the Saudi Islamic Institute, Virginia; (10) Fahmi Huweidi, Associate Editor, Al-Ahram [Official Egyptian gov't newspaper]; (11) Sheikh Muhammad Ahmed ar-Rashid, Iraqi Muslim Brotherhood; (12) Muhammad Al Hilali, Yemeni Islah movement [M. Brotherhood], based in San Diego; (13) Muharram al-Aarifi, Lebanese Muslim Brotherhood; (14) Anwar Haddam, the Algerian Front for Islamic Salvation's official representative in the United States. (15) Yusef al-Qaradhawi, Egyptian Muslim Brotherhood, based in Kuwait. (16) Sheikh Umar al-Ashqar, Jordanian Muslim Brotherhood. (17) Ahmad al-Qattan, Hamas, based in Kuwait.

Radical Jordanian Parliamentarians -- also affiliated with the Muslim Brotherhood -- who frequent MAYA conventions include: (1) Yusuf al-Azm: Poet and former Jordanian pseudo-Parliamentarian [Majlis Istishari] who funnels money to Izz ad-Din al-Qassam Brigades and other militant groups; (2) Ishaaq al-Farhaan, affiliate with al-Azm [see page 2 paragraph 6] (3) Leith Shbeilat. [see page 2 paragraph 6] (4) Bassam al-Amoush; (5) Ahmed Nofal, a Hebronite now living in Jordan who has recruited and helped train numerous Hamas operatives of the Abdullah Azzam Battalions in the Samaria region.

Sudanese NIF leaders who frequent MAYA conventions include Hasan Mekki, high-ranking NIF member, Dean of Postgraduate Studies at the University of Sudan.

At MAYA's annual 1990 convention in Kansas City, as noted earlier, a closed-door meeting took place between a number of young terrorist trainees including Najib al-Ghosh and Nasser Isa Jalal Hidmi; Holy Land Foundation president Mahmoud Ibrahim Muzayyin; Ishaaq al-Farhaan; and Muhammad Salah. Culminating a series of meetings and training sessions, attendants were ordered to return home to Palestine and personally participate in the escalation of the Intifadhah.

MAYA periodicals include a newsletter called ar-Rabitah, a woman's magazine published in Pakistan called al-Yaqdhah, a newsletter published jointly with IAP called Sawt al-Muntadaa, and the highbrow magazine al-Amal, whose editor-in-chief is Najib al-Ghosh. MAYA books include the racist tract Ma'arakat ul-Wujud Bayna-l-Qur'an wat-Talmud ["The Struggle of Existence Between the Qur'an and the Talmud."] and many other titles.

Operating out of the same building on 555 Grove Street is a travel agency, Sultan Travel, Inc. run by Abdullatif H. Sultan.

IIIT receives funding from the SAAR Foundation.

### *International Institute of Islamic Research*

IIIR is a thinktank based in Burlington, New Jersey composed primarily of Pakistanis supportive of the Pakistani Jama'at-e-Islami [the party of the late Pakistani President Zia ul-Huq], Islamic Republic of Iran, the NIF regime in Sudan, and related movements. At an annual conference in Winter 1992-3, IIIR President Zahiruddin Shafi'i praised the Iranian revolution, declared that he did not recognize the legitimacy of the American constitution, and suggested that new Muslim immigrants to the United States secretly "cuss in their hearts" when taking the oath of allegiance because "the words [of the oath] are totally repugnant to our declaration of La Illaha Ilullah."

At the same conference, a few months before his arrest, Siddiq Ibrahim Siddiq Ali called on attendants to join in Jihad. He was introduced as President of the Islamic Action League, an organization we have not been able to trace. Two other speakers at the conference were at some point in contact with Es-Sayyid Nosair. The business card of conference moderator Safet Catovic has been discovered among Nosair's belongings. The telephone number of speaker Zaid Shakir was found in Nosair's personal telephone directory. Shakir is a New Haven Imam, and the official leader of Yale University's Muslim student community.

IIIR's decidedly pro-Iranian orientation suggests that it does not depend on funds from MWL, WAMY, or SAAR.

## US Funding of Islamist Movements in the Middle East

The following are examples of American funding sources for Islamist movements in Egypt, Palestine, and the Philippines. We have also collected information on the funding of Islamist movements in Afghanistan, Algeria, Bosnia, Iraq, Lebanon, Saudi Arabia, and elsewhere.

### *Hamas [Palestine]*

American monies are funelled to the Hamas movement in three ways: [1] Directly by American charitable organizations to Zakat committees controlled by Hamas in Gaza, Hebron, Jenin, Nablus, Tulkarem, and other regions; [2] indirectly through moneychangers based in the West Bank and Gaza who maintain bank accounts in the United States; [3] through Islamist investment organizations.

The most prominent charitable organization supporting Hamas is the Holy Land Foundation for Relief and Development, formerly known as the Occupied Land Fund. Its president, Ibrahim Mahmoud Muzayyin, was present at a meeting held by Muhammad Salah in the United States in which young people were trained to make car bombs and other explosives.

Appendix A is an example of a Holy Land Foundation contribution to Hamas. It is addressed to "Faw'waz Hamid, representative of the Northern Region." Hamid, a leading Hamas operative, is currently in prison in Israel.

# Exhibit 9

# I. Nationalist-Islamist Congress: A "Macro" View

## *Background and Perspective*

A small group of Arabists convened a gathering of intellectuals called "Arabism and Islam" in Beirut in the late 1970s, without much impact. In Cairo in 1989, a book called "National Religious Dialogue" was co-published by members of both streams, but little came of it. The Nationalist-Islamist Congress, therefore, is not the first effort to bring together the two streams, but it is the most ambitious, massively attended, and successful. Convened on 9 October 1994 at Beirut's Carlton Hotel, 100 men and 3 women participated in ten concentrated working group sessions over a period of three days. 50 speeches were delivered, from text totalling more than 1000 pages. Featured in the Congress were delegations of the most potent political and guerrilla organizations in the Arabic and Islamic world today.

The preparatory committee for the Congress was formed 30 months earlier, at the Third Nationalist Conference, which convened in Beirut in 1992 in the wake of the Gulf War. Strong anti-Western sentiments stoked by Saddam Hussein facilitated a previously unheard-of alliance of nationalists and Islamists. Ten leaders from both streams, with AHMED SIDQI AD-DAJANI at the helm [see "Data on Participants" below], began planning a venue, budget, and agenda for the Congress. The event was postponed three times; the venue changed at least once. It was to be held in San'a, Yemen in late 1993, but too many attendants were denied visas into the country. Ultimately, planners settled on Beirut, where everyone who was invited would be allowed in, with one exception: NIF leader HASAN TURABI. According to Egyptian Muslim Brotherhood sources, the Lebanese government refused to grant him a visa on the pretext of "security."

According to Egyptian Nasserist sources, the Congress cost $80,000, which the two streams split more or less down the middle.

## *Three Days in Beirut: A Summary of Political Developments*

### DAY ONE

DAJANI kicks off the opening session of the Congress with an upbeat call for the two streams to unite against the common enemy of Western-Zionist aggression, and to seek to regain human dignity and human rights for all Arabs and Muslims. What becomes clear almost immediately after he speaks is that there are really not two but three streams participating, each of which is to deliver an opening position paper. All streams agree it is time to confront the West, reject peace with Israel, and thwart Arab initiatives to create a new Middle Eastern common market that would include non-Arab investors. But they differ on other significant issues.

(1) **The Nationalist Stream** comprises mainly Egyptian Nasserists and Syrian Ba'athists, some pro-Libyans, and affiliates of George Habash and other smaller movements. Their paper, delivered by Egyptian professor MUHSIN AWAD, criticizes Islamic extremists for breeding terrorism and discriminating against women and minorities. They call on Islamists to affirm democratic princples, in exchange for which nationalists will help them gain power in Arab regimes.

(2) **The Muslim Brotherhood Stream** comprises a few moderate groups like Algeria's Hamas and Nahdha movements, as well as militant manifestations like Palestinian Hamas and Sudanese NIF. Their paper, delivered by Egyptian Muslim Brotherhood thinker MUHAMMAD SALIM AL-AWWA, affirms the principle of political pluralism, but only on the condition that all parties accept "Islamic authority" and the rule of Shari'ah as immutable. They condemn terrorism, but affirm military "Jihad" as a legitimate resistance to oppression, citing the Palestinian Intifadah.

(3) **The pro-Iranian stream** comprises tightly controlled delegations of Hizbullah and Palestine Islamic Jihad, among others. Their paper, delivered by Hizbullah chief MUHAMMAD HUSSEIN FADLALLAH, applauds Islamic militance -- not only against Israel but also against Arab regimes -- and calls on all streams to join them in striking at the United States.

### DAY TWO

In a series of four working group sessions, participants confer with one another and deliver speeches fleshing out their views. A noticeable trend: would-be ideological conciliators from streams one and two lash out at one another on political issues, accomplishing little. Meanwhile, warriors from the pro-Iranian stream forge easy links with militants in both the Nationalist and

Brotherhood/NIF camps. When the dust settles, the result is clear: a networking bonanza for guerrillas of all persuasions.

**DAY THREE**

Participants draft a concluding declaration calling for unity in a comprehensive struggle against America and Israel, its "agent" in the Middle East. All streams commit to helping one another gain power in Arab regimes. A follow-up committee of 36 is chosen: 18 Islamists and 18 nationalists. As a gesture of goodwill, the Islamist camp nominates Maronite FATHER ANTOINE DAU to join their team, and Nationalists nominate SHEIKH AL-AMIN, the mufti of Sida. Dajani is chosen as General Coordinator.

# II. Nationalist-Islamist Congress: A "Micro" View

## *Purpose*

Threats to American national security by certain Congress members may be credible. The stated goals and structure of the Congress facilitate operational ties between groups not known to have worked together in the past. The following provides a framework for cross-organizational investigations. Part A summarizes all available data on individual participants. Part B ["Groupings"] details the nature of their interaction at the Congress. Part C ["Research Materials"] is a capsule resource guide to further information.

## *A. Data on Participants*

**1. Dr. Ibrahim 'Alawi** — **Iraq/England** — *Research in Progress*

**2. Ahmad Harazni** — **Morocco** — **Islamist**

EXCERPT FROM HIS SPEECH AT THE CONGRESS [AFTERNOON SESSION, 11 OCTOBER '94]: *"Islam supplies elements of the aspects, except that these elements require consummation through other elements, not preventing the borrowing from other deens [systems], among them Western civilization, and needs new creations, and this is the present meaning of Ijtihad [free thinking]."*
COMMENT: This Islamist academic is supporting the argument that so-called "fundamentalists" are really progressives in clerics' clothing. He calls for incorporating elements of Western civilization into a new Islamic civilization. It is unclear whether he means it or is merely posturing, since details on Harazni are still unavailable. Based on the fact he is apparently based in Morocco, where radicalism is suppressed, it seems unlikely that Harazni himself could be a source of international militant activism.

**3. Ahmad Husain al-Yamani [Abu-Mahir] Palestine/Lebanon Nationalist**

In 1987, leader of the pro-Syrian Palestine National Salvation Front, a guerilla organization based in Lebanon that was close to the Syrian-backed Amal militia. Closely affiliated with George Habash.

EXCERPT FROM HIS SPEECH AT THE CONGRESS [AFTERNOON SESSION, 11 OCTOBER '94]: *"I hope that we will not content ourselves with declarations but with the putting together of a working program. The renaissance of the Ummah recquires a complete reevaluation, and the future of the Ummah and the situation to the extent of the disasters that are raging within it will not take place, except by the sticking together in battle of the two great wings of the Ummah, the religious and the nationalist."*

COMMENT: Viewed in the context of Abu Mahir's background -- leadership of guerrilla warfare and affiliation with Habash -- this statement is meaningful. "Putting together a working program" to "stick together in battle" suggests that Abu Mahir would like to forge operational ties with other militant elements in the Congress. See "Groupings" for a look at the new contacts he could have made.

**4. Dr. Ahmad Sidqi ad-Dajjani Palestine/Egypt Nationalist**

Entrepreneur originally from Jaffa, was a member of the PLO executive committee. Maintains ties with the PLO. Attended a conference of the Islamic Committee for Palestine in Chicago, December 1989. Among other guests at the same conference: Congress members Bashir Nafi' [Palestine], Rashid al-Ghannoushi [Tunis], and Muhammad Abu'l Qasim Haj Hamad [Sudan], as well as PIJ leader Sheikh Abd al-Aziz Udah. Member of the executive committee of the Arab National Conference. Attended its meeting in Beirut following the Congress.

EXCERPT FROM HIS OPENING REMARKS AT THE CONGRESS [9 OCTOBER '94:] *"The challenge of foreign rule upon us puts us into confrontation together as peoples and governments and we with regard to them are all in one ship, and there is no alternative but to harness the energies of the Ummah to deal with it ... [asserts his support for the position of the Islamic movement in their demand for two primary issues:] (1) Free national dialogue with everybody's participation. (2) Participation in decision making and right to attain rule."*

COMMENT: Dajjani is chief of the Congress. This statement encapsulates his political guiding principle: Let Islamists into the old-boy network of Arab nationalism. They'll breath new life and widespread popular support into sleepy pan-Arab ideologies, which have lost much of their relevance and potency. In exchange, Islamists may use nationalists' government influence to gain a measure of power within Arab regimes. An Egyptian observer notes that this sort of relationship is already a reality in Cairo.

| | | | |
|---|---|---|---|
| **5.** | **Dr. Ahmad Mausili** | **Lebanon** | *Research in Progress* |
| **6.** | **Dr. Edward al-Bustani** | **Lebanon** | **Nationalist** |

A Christian name. Couldn't be an Islamist.

| | | | |
|---|---|---|---|
| **7.** | **Adib al-Jadir** | **Iraq/Switzerland** | **Nationalist** |

Former Iraqi Industry Minister and senior official in the state-run oil company. Currently based in Geneva, he is both President of the Arab Human Rights Organization [headquartered in Cairo] and director of the Iraqi Consulting Group, an organization of Iraqi experts and professionals in exile who oppose the Baghdad regime but are not part of an opposition movement [at least not as a group]. In February 1993, his group published an influential paper called "Oil and Iraqi politics." Al-Jadir was invited to attend an important Kurdish opposition meeting in Arbil in September 1992, but failed to attend. Al-Jadir opposed the US war on Iraq. He subsequently opposed the US creation of a no-fly zone over Southern Iraq, which he called "foreign interference in Iraq's domestic affairs." In late-August 1992 there was talk of forming an Iraqi government-in-exile under Iranian, Saudi, and Syrian control. A conference was to be held in Ta'ifin, Saudi Arabia. The government-in-exile was to be headed by one Shi'ite [pro-Iranian Muhammad Baqir al-Hakim], one Kurd [Mas'ud Barzani or Jalal Talabani], and one Sunni independent: Adib al-Jadir.

| | | | |
|---|---|---|---|
| **8.** | **Dr. Isma'il ash-Shatti** | **Kuwait** | *Research in Progress* |
| **9.** | **Dr. Aman Kibara Sha'rani** | **Lebanon** | *Research in Progress* |
| **10.** | **Amin Hasan 'Umar** | **Sudan** | **Islamist** |

Born in northern section of 'Atbarah, Sudan, 1951. Educ: Khartoum University (1971-75), Masters at the University of Columbia, Missouri (1981-83). Career: Director of General Relations in the Sharikat Khadamat al-Batrol [an oil company]. Director of the office of the general manager. Journalist for the magazine Arabia, London. Managing editor of the newspaper ar-Rayah, 1985-87, editor and writer of a daily column. Publications: Two books: Muash'shirat Hawla-t-Takhteet ath-Thaqafi ash-Shamil, 1978; and Makunat ath-Thaqafah as-Sudaniya, 1982. Married 1982, daughter Alaa, 1983. Member of the Executive Office for the Union of Sudanese Literateurs, 1982-81, and the Central Committee for the Union, 1981-85. Hobbies: Poetry, Photography, Reading. Address: PO Box 1024, al-Khartoum as-Sakn as-Sahafa Sharq.

[Note: This information is current up to 1988.] <u>In the last draft of this memo I classified 'Umar as an Islamist. Upon further inquiry, his leanings become uncertain. Therefore at present, his orientation is unknown.</u>

EXCERPT FROM HIS SPEECH AT THE CONGRESS [SECOND AFTERNOON SESSION, 11 OCTOBER '94]: *"The two papers of the Islamists and the nationalists do not contain self-criticism."*

COMMENT: 'Umar has business, media, academic, and personal contacts in the U.S. and Europe. He would be a welcome addition to the network of any radical [see "groupings"]. His interests would not be served by bashing one stream and not the other, as some speakers do. Hence the ambivalent statement above.

**11. Father Dr. Antoine Dau** **Lebanon** **Islamist**

According to the Muslim Arab Youth Association, "The Islamist stream in the conference withdrew one of its representatives so as to permit to enter the committee Father Doctor Antoine Dau, the protege of the Islamist stream."

EXCERPT FROM HIS SPEECH AT THE CONGRESS [SECOND MORNING SESSION, 11 OCTOBER '94]: *"We call for true free thinking between Islam and Christianity, and Christians participate in the creation of the Arabic renaissance, and they will not permit the fall of Arabism in the Middle East [common market] project. ... It is incumbent upon the Islamists to return to the source for the accomplishment of its message, and it is incumbent upon us to distinguish between Islam and Islamists, who are engaging in political projects. Christians are not entirely against Islamic rule, but on what doctrine? And is the era an era of religious states? We will not be Ahl ul-Dhimmah, and Arabism is the solution of this era, and it is the force capable of chasing away the Middle Eastern [common market] project."*

COMMENT: Like Niefin Abdel Khaliq Mustapha [96- Nationalist: Egypt], Dau rejects Islamists' forced linkage of religion and politics. As a Christian, he refuses to live under the status of "Ahl ul-Dhimmah" [lit. "Protected Peoples"] -- the institutionalized discrimination of non-Muslim minorities under Muslim rule. In this confrontational statement, he calls on Muslims to fall under the umbrella of Arabism, and not Islamism, to fight the "Middle Eastern project" -- the hot-button phrase for a new economic order to include normalized trade with Israel and non-Arab Western investment. He was evidently chosen by Islamists as a gesture of goodwill.

**12. In'am Ra'd** **Lebanon** *Research in Progress*

EXCERPT FROM HIS SPEECH AT THE CONGRESS [AFTERNOON SESSION, 11 OCTOBER '94]: *"It is important to collaborate on ideas and overcome and come closer to each other, but the time does not permit that the matter stretch out over years, and we do not imagine that one ideology will merge with the other, but in this stage it is necessary to save the existence over the forming of a national project."*

COMMENT: Not enough information available to determine Ra'd's leanings. The implication of this statement is that he favors a strategic alliance over the permanent union of the two streams.

**13. Bishara Marhaj** **Lebanon** **Nationalist**

Lebanese Minister, Deputy. Born in Beirut, 1946. Son of Jamil Merhej and Mrs. Salma Matar Rahbani. Married to Dr. Valy Gruty (Periatrician), 2 daughters: Line and Mona. Educ: American University of Beirut. Dipl.: BA in Economics (1967). Career: Professor, al-Farouq Lycee (1968-1969), Journalist, particularly the Economic Supplement of al-Anwar Newspaper; Member of al-Hizb al-Arabi al-Ishtiraki [the Arab Socialist Party] (1973), Participated in founding the "Rassemblement des Comites populaires", Member of Consultative Committee of al-Manaber Review. Participated in several other Cultural and Political Conferences in Lebanon and the Arab World; Adviser to the Prime Minister for Arab Affairs, Elected Deputy (1992-); Minister of the Interior (1992-). Prof. Addr.: Ministry of the Interior, Beirut, Lebanon and Chamber of Deputies, Parliament Bldg., Beirut.

**14. Dr. Bashir Nafi'** **Palestine/USA** **Islamist**

Operative for the Palestine Islamic Jihad organization who shuttles between the United States and London under academic cover. Born in Rafiah betwee '49 and '53, left Gaza in the 70s. Studied in Egypt to be a veterenarian. He was a reporter for several Islamist publications in France and London: Falastin al-Muslimah, al-Hilal ad-Dawli, and at-Taliyah al-Islamiyah. In '81 he visited Gaza again, and met with As'ad Siftawi, and As'ad's son Imad, who was a PIJ operative. As'ad Siftawi introduced him to Fat'hi Shiqaqi. Nafi' is on the board of directors of the World and Islam Studies Enterprise in Tampa, Florida and Associate Editor of the flagship publication of the International Institute of Islamic Thought in Reston, Virginia. According to sensitive sources, he has transferred monies, recruited operatives, and passed on communiques on behalf of PIJ.

EXCERPT FROM HIS SPEECH AT THE CONGRESS [SECOND MORNING SESSION, 11 OCTOBER '94]: *"We must return to the origin and sources."*

COMMENT: By this the speaker implies a proposed revival of pristine Islam as a form of government. For possible networking Nafi' might have done at the conference, see "Groupings."

**15. Dr. Taufiq ash-Shawi** **Egypt** *Research in Progress*

**16. Jarullah 'Umar** **Yemen/Egypt** **Nationalist**

Full name is Jarullah 'Umar al-Kuhali. Former Yemeni Minister of Culture. A south Yemeni, his background is in the political bureau of the Yemeni Socialist Party. Together with another Congress attendant, Dr. Muhammad 'Abd ul-Malik al-Mutawakkil [see number 79], and 7 other Yemeni leaders, 'Umar was involved in the calling of a ceasefire in July '94 to end Yemen's civil war.

COMMENT: See "Groupings" for details on 'Umar's meeting with a leader of Hizb ul-Wihdah, an Iran-backed militia of "Afghan Arabs" that recently pulled out of Afghanistan.

**17. Dr. Jamal al-Atasi** **Syria** **Nationalist**

One of the original pioneers of the Syrian Ba'th Party, first active in propagating Ba'ath ideology in the Kalamoun mountains. Around 1963, according to one expert on modern Syria, he was among the "old Ba'athists and former Commuists ... who criticized traditional Ba'thism for its emphasis on individual freedom and opposition to class struggle and called for an opening to Marxism and a stress on popular mass organizations. These writers were important because their work expressed the ideological mutation going on .. laid foundations for radicalization of Ba'th ideology after 1963." More recently, al-Atasi is known to be a Nasserist.

**18. Joseph Maghbazal** **Lebanon** **Nationalist**

Member, Lebanese Chamber of Deputies. A Christian name.

**19. Hafiz ash-Shaikh** **Bahrain** **Islamist**

Journalist sympathetic to militant Islamism. Studied social sciences at American University in Beirut, earned his doctorate at the University of Ohio [dates unknown]. Attended a conference of the Islamic Committee for Palestine in Chicago, December 1992.

**20. Dr. Husam 'Isa** **Egypt** **Nationalist**

Longtime Nasserist. Member of the executive committee of the Arab National Conference. Attended its meeting in Beirut following the Congress.

EXCERPT FROM HIS SPEECH AT THE CONGRESS [SECOND MORNING SESSION, 11 OCTOBER '94]:

*"The meeting reaches importance because we live in a period of regression and almost complete defeat ... The meeting rejects defeat but that is not enough, for it is demanded that we asserted the political meaning."*

COMMENT: Isa is close to Dajjani [4- Nationalist: Egypt], but whereas Dajjani's background is in PLO activism, Isa is a longtime Nasserist who was always based in Egypt. Isa collaborated on the Nationalists' position paper, delivered on the first day of the conference [9 Oct.], with Muhsin Awad, Dajjani, Jamil Matar, and Professor Muhammad Fa'iq. Significantly, these are all Egyptians.

**21. Dr. Hasan Muraywed** **Syria** **Nationalist**

Syrian statesman, apparently retired and living in France. Born in 1927 in Kuneitra, Syria. Educ.: Secondary and Higher. Dipl.: BA American University of Beirut, PhD Political Economy, University of Madison, Wisconsin, USA. Career: Minister of Foreign Affairs (1964-

65), Member of the Council of Ministers (1965), Professor, University of Damascus; Member, Executive Board, UNESCO 1974. Member: Presidential Council of Syria: Comissions of Education and Foreign Affairs, Syrian National Council; Syrian Delegation to UN General Assembly. Publ.: Articles and studies on comparative international relations, national and universal culture and political economy. Addr.: Rue Miollis, Tel.: 865757 [?], 75732, Paris, France.

EXCERPT FROM HIS SPEECH AT THE CONGRESS [SECOND AFTERNOON SESSION, 11 OCTOBER '94]: *"The Ummah calls us to stand shoulder to shoulder in this decisive circumstance, and it is incumbent upon us to agree [to say] no to normalization and no to surrender and to the Zionist project, and no to the Middle Eastern market."*

COMMENT: Another outspoken opponent of non-Arab business involvement in the Middle East, this fervent advocate of cooperation between the two streams is another significant networker. Note his US and European connections. See "groupings" for more.

**22. Dr. Hasan Hanafi** **Egypt** **Islamist**

According to my colleague, Hanafi is a "well-known scholar of Islam with astounding resonance in the West. Worked for several years with the UN University in Tokyo. One year guest professor at Temple University [USA], where he was judged to be apologetic, confused and superficial. In 1994 he was invited to a high calibre seminar in Germany. Is often mistaken for a liberal.

**23. Hasan ad-Dayyiqah** **Lebanon** *Research in Progress*

EXCERPT FROM HIS SPEECH AT THE CONGRESS [SECOND AFTERNOON SESSION, 11 OCTOBER '94]: *"The policies of normalization are inherantly contradictory, and we must discover and develop [a way of] confronting it in a complete civilizational project."*

COMMENT: "Normalization" refers to social, political, and economic ties with Israel. He's opposed. No further information available.

**24. Engineer Hamd Abdullah al-Qasim** **Palestine/Egypt** *Research in Progress*

**25. Hamad al-Farhan** **Jordan** **Nationalist**

Jordanian businessman. Born in 1921 in Irbid, Jordan. Married. Educ.: BS, Physics, American University of Beirut, Lebanon (1941)l Fellowship in Economics and Education, University of London, England (1948). Career: Under Secretary, Ministry of Economy (1951-55); Minister of National Economy (1955); Under Secretary of Ministry of National Economy (1955-57); Director of Arab Shipping Company (since 1957); founder and promoter of various projects in

Jordan, including Jordan Cement Factories, Jordan Phosphate Mines Company, Jordan Vegetable Oil Industries, Nablus, Jordan; Jordan Petroleum, Jordan Fisheries, Jordan Paper Industries Co., Chairman of Committees Implementing the East Ghor Canal Irrigation Scheme and Aqaba Port. Board member of the Jordan National Shipping Lines. Addr.: POB 757, Tel.: 23135, 62776, Amman, Jordan. Relative of Ishaq al-Farhan, Jordanian Parliamentarian with extensive ties to Hamas and who frequently visits the United States. Member of the executive committee of the Arab National Conference. Attended its meeting in Lebanon immediately following the Congress.

Note: My colleague erred. Hamad is not a member of the Islamic Action Party. His brother Ishaq [On 36-member follow-up committee list, #2- Islamist: Jordan] is.

EXCERPT FROM HIS SPEECH AT THE CONGRESS [SECOND MORNING SESSION, 11 OCTOBER '94]: *"I intensify my faith in the importance of this gathering to the potential of the Arabic and Islamic Ummah's fortitude and survival. We must labor together to rectify the practices of the organizations of rule toward our peoples."*

COMMENT: This powerful Jordanian businessman's fervent support for Islamist-Nationalist cooperation is significant. His family ties to Hamas and the United States [see "Groupings"] suggest that a look at the international connections of his shipping and trade network might be warranted. Information may be available on ties between Farhan's Jordanian Shipping Company and counterpart Palestinian-run import-export firms based in the Chicago area that advertise in the Hamas publication *Zaitonah.*

**26. Khalid Mash'al Palestine/Jordan Islamist**

Hamas operative. Shared the podium with Kamal Hilbawi at the December '92 MAYA convention in Oklahoma City, Oklahoma. Other information on Mash'al's movements in the United States may be accessible.

EXCERPT FROM HIS SPEECH AT THE CONGRESS [SECOND MORNING SESSION, 11 OCTOBER '94]: *"It is incumbent upon us not to be occupied with the intellectual issue, and to give priority to the aspects of activism, and to assert rejection of the projects of [reaching] settlements and support the bravery of the Palestinian people and cooperate to preserve human rights and pluralism."*

COMMENT: Like Shiqaqi [64- Islamist:Palestine/Syria], Mash'al asserts that he has no use for intellectual debate on the fusing of two streams. He has attended the Congress to drum up support -- monetary, media, and logistical. For a glimpse at potential networking, see "Groupings." Also, see "Groupings" for details on Mash'al's meeting with a leader of Hizb ul-Wihdah, an Iran-backed militia of "Afghan Arabs" that recently pulled out of Afghanistan.

**27. Khidr al-Hamawi** **Lebanon** *Research in Progress*

EXCERPT FROM HIS SPEECH AT THE CONGRESS [AFTERNOON SESSION, 11 OCTOBER '94]: *"The Congress must be intellectual, because thought alone is what criticizes us."*

COMMENT: Sounds like an academic. Don't know anything else about him.

**28. Sheikh Khaldun 'Arit** **Lebanon** *Research in Progress*

**29. Dr. Khairuddin Hasib** **Iraq/Lebanon** **Nationalist**

Secretary General of the Arab National Conference. Attended the Conference meeting in Beirut following the Congress.

EXCERPT FROM HIS SPEECH AT THE CONGRESS [EXACT DATE UNKNOWN]: *[Asserts many nationalists' rejection of socialism.]*

COMMENT: A consummate politician, Hasib knows how to tell the Islamists what they want to hear -- that nationalists know longer have any need for socialism, an ideology Islamists find godless and noxious. Hasib loses little in renouncing the ideology, since Soviet funding for Arabism is a relic of the past.

**30. Sheikh Rashid al-Ghannoushi** **Tunis/England** **Islamist**

Leader of Tunisia's Islamist an-Nahdha movement. Extensive information available on Ghannoushi's movements in the United States, Europe, and Iran.

COMMENT: See "Groupings" for information on Ghannoushi's networking at the conference, as well as details on Ghannoushi's meeting with a leader of Hizb ul-Wihdah, an Iran-backed militia of "Afghan Arabs" that recently pulled out of Afghanistan.

**31. Rasul al-Jashi** **Bahrain** **Nationalist**

Full name is Rasul Abdul Ali al-Jashi. Probably Shi'ite. Member of Bahrain's Chamber of Commerce. On the board of the Bahraini Red Crescent Society. Probably has business interests. Member of the executive committee of the Arab National Conference. Attended its meeting in Lebanon immediately following the Congress. Other information may be available.

**32. Dr. Ridwan as-Sayyid** **Lebanon** *Research in Progress*

**33. Dr. Rinad al-Khatib 'Abbad** **Jordan** *Research in Progress*

**34. Dr. Zahiya Qaddura** **Lebanon** **Nationalist**

Full name is Dr. Zahia Mustapha Qaddura. Lebanese Academic. Born in Lebanon. Daughter of Moustapha Qaddoura (pharmacist) and Mrs. Hanan Hussami. Married to Dr. Muhammad Kafafi (deceased in June 1972). Educ.: American School for Girls of Beirut, American University.

Dipl.: BA from AUB., MA., PhD (history) from Cairo University. Career: Professor at Lebanese University since 1951; Head, Department of History at the Arab University of Beirut since 1961; Dean, Faculty of Letters, Lebanese University since 1971. Publ.: Author of a number of books including "Ayesha, Mother of the Believers" "al-Sho'ubeyya and its Political and Social Influence" "History, in our National and Special Life", "The Role of University Women in the Arab Contemporary Society" "Solidarity and its Role in the Arab Society". Awarded Education medal from the Lebanese Government. President and founder of the Lebanese Federation of University Women since 1951, Board member of the Association of Women of Letters, President of the Lebanese Federation of Students in Egypt (1947-51), Lebanese Delegate to the first conference of Arab Graduates (5-9 March 1964), Hobbies: Reading, music. Prof. Addr.: Lebanese University, al-Mama Street, Tel.: 305454, Beirut. Priv. Addr.: 52 al-Mak'houl Street, Tel.: 803076, Beirut, Lebanon.

COMMENT: Qaddura might be willing to chat by phone about her observations of the Congress.

**35. Zuhair Shawish** **Syria** **Nationalist?**

**36. Dr. Zuhair al-'Ubaidi** **Lebanon** *Research in Progress*

A Deputy in Lebanon's Chamber of Deputies. Orientation unknown.

**37. S. Sa'd Jabullah Qattaf [Abdullah Jabullah]** **Algeria** **Islamist**

Leader of the Islamist an-Nahdhah party, legal in Algeria. Tolerated by the government, this moderate opposition group supports a power-sharing arrangement to include FIS and other oppoition parties. Jabullah is presently involved in a new London-based think tank established by former Premier Abdelhamid Ibrahimi. The organization is apparently called the Algerian Movement for Democracy. It is composed of members of various Algerian opposition parties, all of whom signed the Platform of National Contract in Rome on 13 January 1995, namely, in addition to Jabullah: Abdullah Mehri of FLN [see 51]; Algerian ex-President Ahmed Ben-Bella; FIS representative Anwar Haddam; Louise Hanon of left-wing Workers' Party; and Ali Yehya Abdennour, head of Algeria's League for Defense of Human Rights.

EXCERPT FROM HIS SPEECH AT THE CONGRESS [FIRST MORNING SESSION, 11 OCTOBER '94]: *"Every stream calls for questioning about the major causes and the Shari'ah and rule and, answering the questions. It is necessary to rely on the fact that Islam is the religion of the Ummah and Arabic is the official language of the Ummah, and considering the Ummah to be the basis of the political authority, and to surrender to the principal of rotation of rule by way of elections."*

COMMENT: Jabullah is primarily concerned with gaining political power in Algeria.

**38. Dr. Sa'ud al-Maula** **Lebanon** *Research in Progress*

**39. Sheikh Dr. Salman al-Masri** **Lebanon** *Research in Progress*

EXCERPT FROM HIS SPEECH AT THE CONGRESS [SECOND MORNING SESSION, 11 OCTOBER '94]: *"We must engage in an earnest critical topical reading of the intellectual roots of the contemporary Islamist mindset."*

COMMENT: No further information available. Probably a nationalist.

**40. Suleiman al-Murabit** **Lebanon** *Research in Progress*

**41. Dr. Salim al-Huss** **Lebanon** **Nationalist**

Former Lebanese Prime Minister.

**42. Salim az-Zu'by [Zoghby]** **Jordan** **Nationalist**

Former Jordanian Minister of Municipal and Rural Affairs and Environment who resigned in 1991 over King Hussein's support of the Middle East peace process. Known to have been pro-Syrian and pan-Arabist. Close to Jordanian Parliamentarian Leith Shbeilat [69]. Replaced by Abdul Razzaq Tbeishat, formerly head of municipality of Irbid, who supports peace with Israel. Zu'by resigned together with former Islamic Affairs Minister Ra'ef Najem. Member of the executive committee of the Arab National Conference. Attended its meeting in Lebanon immediately following the Congress.

EXCERPT FROM HIS SPEECH AT THE CONGRESS [SECOND MORNING SESSION, 11 OCTOBER '94]: *"We must concentrate most importantly on what brings us together, because our Ummah is being targeted, and the regional state is the most important imperialist project, because the security of the ruler is advanced by the security of the resident ... I see it as important to agree on purifying Islam from the swindlers, and nationalism from the narcissists, and resolving differences, that we may arise as an Ummah."*

COMMENT: It is worthy of note that Zu'by, evidently enthusiastic about ties with Islamists, participated in a panel with Mash'al of Hamas [26- Islamist: Palestine/Jordan] and Nafi' of PIJ [14- Islamist: Palestine/USA].

**43. Samir Tarabulsi** **Lebanon** **Islamist**

EXCERPT FROM HIS SPEECH AT THE CONGRESS [SECOND AFTERNOON SESSION, 11 OCTOBER '94]: *"...[It is necessary to] resign to the fact that Islam is fundamental in any civilizational project and what follows is the assertion that Islam is deeply rooted in the innermost of the Ummah and forms the fundamental authority."*

COMMENT: He's addressing the issue of democracy and political pluralism. Towing the Muslim Brotherhood party line, he asserts the concept of "Al-Marj'iyah al-Islamiyah" -- "Islamic authority" -- that political pluralism may be permitted on the condition that all parties accept the Shari'ah as the immutable law of the land and resign to its ultimate authority on all contentious issues.

**44. Shafiq al-Hut** **Palestine/Lebanon** **Nationalist**

Senior PLO member. In the 70s, he was the PLO's United Nations observer. He has continued to live in Lebanon; not actively involved in the PLO's recent post-Oslo activities.

**45. Salahuddin al-Jurshi** **Tunis** *Research in Progress*

EXCERPT FROM HIS SPEECH AT THE CONGRESS [FIRST MORNING SESSION, 11 OCTOBER '94]: *"This meeting has a number of results that may lead to the bursting forth of a third stream, and we fear that this enterprise -- which jump-started years ago -- may transform into merely a political activity."*

COMMENT: Like Niefin Abdel Khaliq Mustapha [96- Nationalist?: Egypt], al-Jurshi favors a fusion of the two streams into a third.

**46. Diya al-Falaki** **Iraq/England** **Nationalist**

Member of the executive committee of the Arab National Conference. Attended its meeting in Lebanon immediately following the Congress. Other information may be available.

EXCERPT FROM HIS SPEECH AT THE CONGRESS [AFTERNOON SESSION, 11 OCTOBER '94]: *"The importance of the Congress is the definition of the elements of the project including the special charity of the Arabic Ummah, and there must inevitably be two fundamental focuses: the unity of the Ummah and its independence."*

COMMENT: Like Adib al-Jader [7-Nationalist: Iraq/Switzerland] Falaki probably opposes Saddam Hussein's regime. No further information is available at this point.

**47. Talal Sulman** **Lebanon** **Nationalist**

Editor-in-Chief of as-Safir, a pro-Syrian publication in Beirut. A hard-liner known for his staunch opposition to the peace process

**48. 'Abd-Ilah Belkziz** **Morocco** **Morocco**

Member of the executive committee of the Arab National Conference. Attended its meeting in Lebanon immediately following the Congress. Other information may be available.

**49. Dr. Abdullah as-Sid Ould Aba** **Mauritania** **Nationalist**

Member of the executive committee of the Arab National Conference. Attended its meeting in Lebanon immediately following the Congress. Other information may be available.

**50. Dr. Abdullah Abd ud-Da'im** **Syria/France** *Research in Progress*

EXCERPT FROM HIS SPEECH AT THE CONGRESS [FIRST MORNING SESSION, 11 OCTOBER '94]: *"It is true that the dialogue between the two streams existed, but in this dialogue today we have obtained additional knowledge in the direction of both streams, and we have understood that there is agreement between the Islamist stream, which represents the popular innovators, and the nationalist stream, noble in its outpourings. And the statements of the Congress members have expressed an urgent need that the sons of this Ummah feel to harness strength to confront the formidable external challenge that threatens Arab existence."*

COMMENT: If Abd ud-Da'im's name comes up in other contexts, it may be worth noting that he participated in the first morning session panel with Shiqaqi [64-Islamist: Palestine/Syria]. See groupings. No further information available.

**51. Abdul Amir Musa Bukhamsin** **Saudi Arabia** *Research in Progress*

EXCERPT FROM HIS SPEECH AT THE CONGRESS [AFTERNOON SESSION, 11 OCTOBER '94]: *"It is incumbent upon us to forget the ways of [warning?] the Ummah and defining ways and styles of crystallizing this dialogue."*

COMMENT: Don't know Bukhamsin's affiliations. The name of the Saudi ambassador to Lebanon is Ahmed al-Kahimi.

**52. Abdul Hamid al-Mahri** **Algeria** **Nationalist**

Leader of Algerian FLN. Advocates dialogue with Islamists. A signatory to the Platform of National Contract. [See #37.]

EXCERPT FROM HIS SPEECH AT THE CONGRESS [FIRST MORNING SESSION, 11 OCTOBER '94]: *"What is happening in Algeria is an effort to dismember the project that is collected in an Arabist-Islamist encounter ... but this encounter thrown forth in an effort to bring together Arabism and Islam which we see in Algeria melts our hearts, as we see it here in this gathering ... And the Algerian crisis feeds on the mistakes of the past which arose during the reign of the one-party and the mistakes of the Islamist oratory which exceeded proper bounds in the first round leaving an impression, and the two of them are working to nurture one another and to furnish, to the opponents of openness and change, democracy and establishing a firm foundation for Algeria in its Arabism and its Islam, to [prevent those opponents] from stopping the march of electoral democracy, and from the factors that feed this crisis, the secularist stream ... is focused*

*on the French secularism and feeds also on the Marxist stream comparable with a Westernized nature. We hope that the tribulation of Algeria will be an occasion for the assistance of the Islamist and Arabists to struggle to remove the tribulation from this land.*

COMMENT: Like Jabullah [37- Islamist: Algeria], Mahri wants to work with Islamists for a part in a future Algerian power-sharing arrangement. He attended the meeting at Shahrur restaurant the day before the Congress, and had an opportunity to mix with delegations of PIJ, Hamas, Hizbullah, Hizb ul-Wihdah, and other groups [See "Groupings"].

**53. Abdu-r-Rahim Murad Lebanon Nationalist**

Nasserist, elected in 1992 to Lebanese Parliament representing the W. Bekaa/Rashaya district. In August 1991, a relative of his wife who had lived in Venezuela for 30 years was visiting the Murad's in Beirut. While sitting in Murad's car, the relative was shot to death, assailants unknown. In 1981, Murad attended the radical Arab People's Conference in Libya. Currently a member of the executive committee of the Arab National Conference. Attended its meeting in Lebanon immediately following the Congress. Born in 1942 in Ghaza-Bekaa, Lebanon. Son of Youssef Mourad "Mokhtar, Village Mayor" and Mrs. nee Aicha Abu Chahine. Married in 1968 in Lebanon to Mounira Mourad, 4 children: Zeinab (1969), Hussein (1970), Hassan (1976) and Omar (1983). Educ.: Elementary & Intermediate schools in Ghaza, Saidaa Makassed School and Broumana National School, Arabic "Brevet" in Damascus, Syria; Arabic Baccalaureat in Cairo, Egypt. Dipl: Business Administration Graduate from Beirut Arab University in 1968, Law graduate from Beirut Arab University in 1974. Career: Started political activities at school in 1956; Joined the "Revolutionary Baath Party" in 1963, then founded in 1974 the "Arab Socialist Union". His political program is to apply the "Nasserist" procedure to enhance freedom and socialism in general, and to preserve Lebanon's unity and promote democracy on the natioanl ground. Work: Owner of carpet and texttile factories in Lebanon and Brazil. Nominated Deputy in 1991. Reelected in 1992 to date. President of several charity and educational associations; The Association of Social and Cultural Development, which he founded in 1980, of al-WAFA Soc. and Educ. Ass., and of al-Nahda Islamic charity Ass., which created several Schools, Orphanage, and Technical and Orientation school in the Bekaa and Lebanon. Member of FIARAB (Association of Arab Emigrants). Sports: Swimming. Hobby: Reading. Member: Arabic Cultural Club, Beirut, and President of the Arab Cultural Center of the Bekaa. Credit Cards: A.E. Visa, Diners. Prof. Addr.: Tallet Khayat, Tellview Building, 4th Floor, Tel.: 867689, 864749, Beirut or Deputy Chamber, Beirut Lebanon. Priv. Addr.: Tallet Khayat, Tellview Bldg. 8th Floor, Tel.: 313035, 305810, Beirut, Lebanon.

COMMENT: Mourad associated with the Libyan regime in 1981, when Qaddhafi was trying to court both extremist nationalists and Islamists. It would not be a surprise if Mourad's business interests in Brazil came up in the context of a South American investigation.

**54. Abd us-Salam al-Ghazi** **Morocco/Spain** *Research in Progress*

EXCERPT FROM HIS SPEECH AT THE CONGRESS [FIRST MORNING SESSION, 11 OCTOBER '94]: *"Those who are meeting represent the creme de la creme of the Ummah, and the trust that is placed on their shoulders is great."*

COMMENT: Leanings unknown. Shared a panel with Shiqaqi [64- Islamist: Palestine/Syria]. See "Groupings."

**55. Abd us-Samad Belkbir** **Morocco** *Research in Progress*

EXCERPT FROM HIS SPEECH AT THE CONGRESS [SECOND AFTERNOON SESSION, 11 OCTOBER '94]: *"We must turn out a project ... political ... for confronting the most important issues ..."*

COMMENT: Leanings unknown. Shared a panel with Muhammad Fannish [81- Hizbullah: Lebanon], Muhammad Nazal [85- Hamas: Palestine/Jordan] and others. See "Groupings."

**56. Dr. Abdul Qader Samari** **Algeria** **Islamist**

Executive board member of Algerian Hamas movement. Unrelated to its Palestinian namesake, this is a more moderate movement than FIS, under the leadership of Sheikh Mahfouz an-Nahnah. Nahnah has been to the United States at least once. Available information links al-Kifah Refugee Center to Algerian Hamas.

EXCERPT FROM HIS SPEECH AT THE CONGRESS [SECOND MORNING SESSION, 11 OCTOBER '94]: *"It is incumbent upon the two streams to conduct broad dialogues in every region and internal dialogues, and define the position on normalization and rejecting violence in all its forms."*

COMMENT: The Algerian Hamas movement opposes Islamist violence; its members have been victimized by it. For example, a few months after the Congress convened, members of the Armed Islamic Group in Algeria tried to assassinate Sheikh Abu Jurra Sultani, a key member of Hamas's national office. Reports indicate Sultani survived.

**57. Abdul Latif al-Hatimi** **Morocco** *Research in Progress*

EXCERPT FROM HIS SPEECH AT THE CONGRESS [SECOND AFTERNOON SESSION, 11 OCTOBER '94]: *"[talks about why one group fears the other] and it's necessary to labor to eliminate these mutual fears."*

COMMENT: Another unknown Moroccan. Like Belkbir [#55], Hatimi shared a panel with Muhammad Fannish [81- Hizbullah: Lebanon], Muhammad Nazal [85- Hamas: Palestine/Jordan] and others. See "Groupings."

**58. Isam al-'Uryan Egypt Islamist**

Prominent in the Muslim Brotherhood movement, chairman of the doctors' union. After the Congress convened, the Egyptian regime arrested 'Uryan for conspiracy. Al-'Uryan's video speeches are distributed among followers in the United States. He has spoken at Muslim conferences in London.

EXCERPT FROM HIS WRITEUP OF THE CONGRESS IN THE KUWAITI MAGAZINE AL-MUJTAMA'A [11-1-94]: *"As much as the opinions that the Islamists submitted ... were clearly defined ... and looking toward the future, the opinions of the Arab nationalists ... were cynical and hesitant and pesimistic and dwelling on the past. ... The Islamic paper addressed the moderates in the nationalist field, while the nationalist paper addressed the extremists and havoc-wreakers in the Islamic circle. While the Islamists were looking toward the future, the nationalists are still concerned with the relics of the past, and perhaps that is because of the feeling of the burden of responsibility on what happened in the past. The [nationalist] paper gave the impression that we still have a long way to go on the issues before reaching mutual understanding, or in another sense, we have taken a quick jump in an effort to reach mutual understanding without a sufficient corresponding understanding [from the nationalists]."*

COMMENT: 'Uryan was the highest ranking Muslim Brotherhood member to attend the Congress. His disappointment reflects that of his movement. While some nationalists, particularly Egyptians, seemed to want to help the Brotherhood gain a share in power, others, like Yusef al-Hasan [101- Nationalist: UAE] criticized them for involvement in terrorism and opposition to democracy. Still others said Islamists do not represent true Islam, like Father Antoine Dau [11- Nationalist: Lebanon] and Niefin Abdel Khaliq Mustapha [96- Nationalist: Egypt]. 'Uryan accurately notes discord and hostility toward the Brotherhood from some nationalists. But he dishonestly asserts that all Islamists at the Congress united under Brotherhood leadership. In fact, the potency of the Islamist stream was diluted by disunity. Hizbullah and Palestine Islamic Jihad both asserted a measure of ideological independence, as reflected in the speeches of Fadlallah [75- Hizbullah: Lebanon] and Shiqaqi [64- PIJ: Palestine/Syria]. Even the speeches of Hamas delegates like Mash'al [26- Hamas: Palestine/Jordan], who represent the Muslim Brotherhood in Palestine, deviated from the Egyptian leadership's smoothly crafted political position paper. Ultimately, the true agreements to cooperate appear to have been forged not by the likes of 'Uryan, who favored unity through ideology, but by the likes of Mash'al and Abu Maher [3- Nationalist: Palestine/Lebanon], who set ideology aside and favored unity through militant activism.

**59. Dr. Isam Nu'man** **Lebanon** **Nationalist**

Lebanese Druze who won a seat in the Lebanese parliament, Beirut electoral district, September 1992.

EXCERPT FROM HIS SPEECH AT THE CONGRESS [FIRST MORNING SESSION, 11 OCTOBER '94]: *"After the most reprehensible defeat, the sentiments among us are raised toward a return to Islam, as if Islam is external, that the matter may be demanded to return to it or that it return to us. The situation is that Islam is of us and in us, and we are always in Islam, because it is not merely an idea for acceptance or penetration, but rather it is a belief and a system of life at once ... The creme [elements] of nationalism are Westernized in the world of novelty, and the creme elements of Islamism are westernized in the world of heritage. It is necessary that the creme of the Islamists and the nationalists live together in an integrated reality, that they may understand and speak [to one another] in the language of interests.*

COMMENT: He favors political cooperation on a non-ideological basis. He relegates Islam to a cultural phenomenon common to all Arabs, an idea that would not play well in the Islamist camp.

**60. 'Ismat Bakr Ahmad at-Ta'i** **Iraq** *Research in Progress*

**61. Sheikh Ali al-Khatib** **Lebanon** **Islamist**

A senior Hizbullah operative in South Lebanon. Met with Ayatollah Ahmed Jannati in Iran as early as 1987. At the Shahrur restaurant banquet the day before the Congress, al-Khatib met with delegations of Hamas, PIJ, Hizb ul-Wihdah, and other guerrilla organizations. [See "Groupings."]

**62. Dr. Ali ash-Shami** **Lebanon** *Research in Progress*

**63. Ghasan Bin Jaddu** **Tunis/Lebanon** *Research in Progress*

EXCERPT FROM HIS SPEECH AT THE CONGRESS [SECOND MORNING SESSION, 11 OCTOBER '94]: *"We must dissect the situation of the Ummah in a clearcut way, and this is what was missing from the papers of the Islamists and the nationalists."*

COMMENT: Leanings unknown.

**64. Fathi ash-Shiqaqi** **Palestine/Syria** **Islamist**

Head of Palestine Islamic Jihad. Resides in Damascus, frequently travels to Tehran. In a recent interview, he hinted that Iranian budget cutbacks slightly affect allocations to his movement, and he might be looking for more money from other sources.

EXCERPT FROM HIS SPEECH AT THE CONGRESS [FIRST MORNING SESSION, 11 OCTOBER '94]: *"From a state finishing the conflict with the Western-Zionist alliance it is not possible for the Ummah to have a renaissance. And it is incumbent upon the two streams, Islamist and nationalist, to assert that the conflict with the outside comes first in order, and it is incumbent upon them to make an effort to create a widespread front in confronting the New World Order."*
COMMENT: Shiqaqi was effective at the Congress because he focused on common enemies: Israel, the West, and the New World Order. Of special concern to us are other participants with ties to America and Europe with whom Shiqaqi met. See "Groupings."

**65. Engineer al-Fadl Shalaq** **Lebanon** **Nationalist**

Chief of the Lebanese Development and Rehabilitation Council. Was close to Lebanese PM Hariri in his years as a billionare tycoon in Saudi Arabia. Came back to Lebanon with Hariri when he took over as Prime Minister. In mid-March '95, Shalaq signed an agreement with the Arab Development Fund for a grant to boost Lebanon's electrical infrasctructure.

**66. Fahmi Huweidi** **Egypt** **Islamist**

Prolific magazine and newspaper editorialist who advocates the Muslim Brotherhood. Deputy Editor-in-Chief of al-Ahram, Egypt's official government daily. Frequently attends US Islamist conferences: Most recently the Chicago MAYA convention, December 1994. In the past, he has also attended at least one ICP convention.

**67. Sheikh Faisal Mawlawi** **Lebanon** **Islamist**

Senior Lebanese Islamic Group official. Sunni. In August '93, he was commissioned to head an interim council for appointing the Lebanese Islamic Group's central office and administrative apparatus. Attended the December 1994 MAYA convention in Chicago. Probably acquainted with prominent Lebanese radical Sunni Islamist Muharram al-Aarifi, a perennial guest of MAYA and IAP events.

EXCERPT FROM HIS SPEECH AT THE CONGRESS [SECOND AFTERNOON SESSION, 11 OCTOBER '94]: *"[suggests the creation of a pact for future activity defining intellectual differences]."*

**68. Karim Marwa** **Lebanon** *Research in Progress*

EXCERPT FROM HIS SPEECH AT THE CONGRESS [AFTERNOON SESSION, 11 OCTOBER '94]: *"The dialogue must begin with an exchange of knowledge between us, & it has indispensable conditions: mutual recognition and true listening and understanding of the other and mutual understanding, and asserting the right of other to difference of opinion, even if it is a fundamental one. And each stream's embarking on the practice of self-criticism to its past practices and respecting the divine mind and knowledge and wisdom and policies."*

COMMENT: Leanings unknown. Probably a nationalist.

**69. Leith Shbeilat Jordan Islamist**

Jordanian Parliamentarian, speaker for the radical Islamic Action Party. A frequent visitor to the United States, where he has participated in conferences of MAYA and UASR. Jordanian security caught Shbeilat together with Ya'aqub Qarash maintaining a cache of weapons paid for by Iran. Both were implicated in a plot to assassinate King Hussein and overthrow the government. Shbeilat has been pardoned by the King. In the early '80s, Shbeilat was involved in weapons smuggling into the West Bank. The arms went to Ahmed Yasin, Hamas founder.

**70. Leila Sharaf Jordan Nationalist**

Former Jordanian Minister of Information. Nasserist. Wife of Muhammad Abdel Hamid Sharaf, former Jordanian Prime Minister.

**71. Muhsin Awad Egypt Nationalist**

Nasserist. Delivered the nationalists' position paper on the first day of the Congress. For more, see Husam Isa [20- Nationalist: Egypt].

**72. Muhammad Abu l-Qasim Haj Hamd Sudan Islamist**

Specific information available on Hamd's affiliations. Attended ICP's 1989 annual conference, Chicago.

**73. Muhammad al-Basri Morocco/France Nationalist**

[Former?] Leader of Moroccan Revolutionary Opposition. Born in 1927 in Demmnat. Educ.: Secondary. Career: Member of the Political Committee of al-Istiqlal Party (1956-58), Founded the National Union of Popular Forces (1959), Editor of at-Tahrir newspaper. Visited Khomeini's Iran in 1979. Arrested for political reasons in Morocco around 1986. Apparently living in French exile. Currently a member of the executive committee of the Arab National Conference. Attended its meeting in Lebanon immediately following the Congress. Other information may be available.

**74. Muhammad Hasan al-Amin Lebanon Islamist**

Sidon's Ja'afarite Mufti.

**75. Muhammad Hussein Fadlallah** **Lebanon** **Islamist**

Hizbullah spiritual leader.

EXCERPT FROM HIS SPEECH AT THE CONGRESS [9 OCTOBER 1994] [ON ISLAMIC EXTREMISM AND VIOLENCE:] *"The matter that imposes itself upon us now to define for us our priorities is that we are confronting a state of political destruction in every Arabic realm, and if this destruction were military, then why are are we so tongue-tied about it, and if we didn't want to, because military destruction creates inside you the will to confront; when the oppression is oppression of force, it calls your forces to war as the natural response of man that respects mankind. ...*

COMMENT: This significant statement advocates Islamist terrorism in Arab countries [i.e. Egypt, Tunis, etc.]. Fadlallah defends it as "the natural response of man that respects mankind."

[ON THE UNITED STATES:] *There is a new national reality, this is true, however we after the fall of the Soviet Union and the fall of the cold war, some of us have begun saying to each other, there is more than one field for maneuvre, and we have points of strength with which we can confront points of weakness of the others. There is an equilibrium that I always repeat, that the strong has a point of weakness and the weak has a point of strength, and our problem is that we are confronting their point of strength with our point of weakness, whereas if we were to confront the strongs' point of weakness with our point of strength, then perhaps we would be counterpoised. I am not talking about a slogan; rather I am talking about an experience that has imposed itself on more than one situation on the peoples of the third world. I am talking about a national political reality in which America could not impose its policies on the world, and thus, the character that the American political movement represents in the world is a character of fumbling about and convulsion, a character of suppressing problems and not solving them, except in our region in which so many have surrendered to America and have begun taking the liberty of imposing its [America's] will upon us. ... I would like to say in conclusion that you may see the extremists' violence and problems, but I would like you to look at their devotion and strain, and remember the words of the Imam Ali concerning dissidents: "Do not fight the dissidents after me, for he who seeks truth and misses it is not the same as he who seeks falsehood and attains it."*

COMMENT: This is a thinly veiled call to attack American installations and interests in the Muslim world, and indeed anywhere where Islamists are "strong" and Americans are "weak."

**76. Muhammad Salim al-'Awa** **Egypt** **Islamist**

Islamist thinker and writer. Probably tied to the Egyptian Muslim Brotherhood.

**77. Muhammad as-Samaak** **Lebanon** **Nationalist**

According to my colleague, "An enlightened intellectual who was secretary to the late Sheikh Hasan Khalid, Lebanon's Mufti, the highest authority of Sunni Islam." This researcher adds: He authored a book, "Minorities: Between Arabism and Islam" in the fall of 1992, which refers to Israel as a "racist entity of a foreign minority" and concludes that, in general, Arab nationalists ignore the Middle East's minority problems at their peril.

**78. Muhammad at-Tahir** **Algeria** *Research in Progress*

**79. Dr. Muhammad Abdul Malik al-Mutawakkil** **Yemen/Egypt** **Nationalist**

One of 9 Yemeni leaders who worked to call a ceasefire in July '94 to end Yemen's civil war. See #16. Member of the executive committee of the Arab National Conference. Attended its meeting immediately following the Congress.

EXCERPT FROM HIS SPEECH AT THE CONGRESS [SECOND MORNING SESSION, 11 OCTOBER '94]: *"It is incumbent upon us to penetrate deeply into past experience so that this doesn't degenerate into squabble, but we must inevitably take from the past lessons for the future, furthermore certain inclusions must be made clear, like the Islamic authority and forbidden vs. permissible violence."*

COMMENT: Unclear what he means by "inclusions." Presumably, as a nationalist, he rejects the notion of "Islamic authority" and presses for a definition of "forbidden vs. permissible violence" that forbids attacks on Arab regimes.

**80. Dr. Muhammad 'Ammara** **Egypt** **Islamist**

According to my colleague, "Renowned university professor of Islamic Studies. Like Fahmi Huweidi, he poses as a sympathizer of the Muslim Brotherhood, not as a member. ... Ammara writes books. ..."

**81. Muhammad Fannish** **Lebanon** **Islamist**

Lebanese Deputy. Born in Maaruk, Tyre District, 1953. Married, 4 children: 3 sons and one daughter. Educ.: Religious, Private and Official School, Lebanese University. Dipl.: Licence in Mathematics, and in Political Sciences. Career: Professor, Member of Hizbullah Party, Elected Deputy of Tyre (1992-); Member of the Parliamentary Commissions for Information and PTT and of the Development and Reconstruction plan. Hobbies: Reading, Sport. Prof. Addr.: Chamber of Deputies, Parliament Bldg., Beirut, Lebanon.

EXCERPT FROM HIS SPEECH AT THE CONGRESS [SECOND AFTERNOON SESSION, 11 OCTOBER '94]: *"This meeting is more than just a necessity and legitimate obligation. I call for an interest in the resistance in Lebanon and what the Jihadist resistors have accomplished, and the goal in the*

*political transformation that we have achieved. Furthermore, [I call for] in this conference a search for operational matters around which we may meet so that there may be a work project."*
COMMENT: A "search" for "operational matters" and "work project" is this Hizbullah member's pitch to other groups to collaborate on guerrilla operations with Hizbullah. See "Groupings."

**82. Muhammad Mazali Tunis/France Islamist**
Former Prime Minister of Tunisia under Bourguiba, lives in French exile. According to my colleague, "Over the last ten years he has gotten closer to the Islamists ... the only way for him ever to play some role in Tunisia again."

**83. Dr. Muhammad al-Mas'ud ash-Shabi Tunis Nationalist**
Member of the executive committee of the Arab National Conference. Attended its meeting in Lebanon immediately following the Congress. Other information may be available.

**84. Sheikh Muhammad Mahdi Shamsuddin Lebanon Islamist**
Speaker of the Supreme Council of Shi'is, Lebanon. Extent of his affiliation to Hizbullah unclear.

**85. Muhammad Nazal Palestine/Jordan Islamist**
Jordanian Parliamentarian, Muslim Brotherhood member, and official Hamas spokesman.
EXCERPT FROM HIS SPEECH AT THE CONGRESS [SECOND AFTERNOON SESSION, 11 OCTOBER '94]:
*"Arabic unity is of utmost importance because it is [in] political interest, but we are talking about unity without styles or [?] and it is necessary to be accurate in terminology and its liberation, that there not be differences of opinion between us."*
COMMENT: He wants no disunity in Arabic and Islamic support for the struggle against Israel.

**86. Dr. Mahmoud al-Maghribi Libya/England Nationalist**
Served as Libyan Prime Minister until Qaddhafi took power in 1969. Now exiled in Britain. Allegedly appeared on a Libyan government hit squad's hit list for Libyan dissidents in England, 1984. Carrying out surveillance on Maghribi for the Libyans was an American from Detroit, James Arthur Megis, arrested on 5 December 1984 at Paris Orly Airport. Megis was suspected of dealing arms to Libya as well. He was arrested by French police on an international warrant from Austria.

**87. Mukhlis as-Sayyadi Syria** *Research in Progress*

**88. Sheikh Dr. Marwan Qabbani** **Lebanon** **Islamist**

Director-General of Sunni Islamic Waqf [religious endowments commission] in Lebanon. In January 1994, Fadhlallah banned Shi'i investment in Solidere, the Lebanese-dominated company commissioned to rebuild the war-shattered center of Beirut. Qabbani denied that the Sunnis would uphold the edict.

**89. Mustafa ar-Rumaid** **Morocco** *Research in Progress*

<u>EXCERPT FROM HIS SPEECH AT THE CONGRESS [AFTERNOON SESSION, 11 OCTOBER '94]:</u> *"I recommend that the two sides define some of the more painful issues in confronting the challenges, and the creation of common committees in every land with the participation of all the streams that may take a position on normalization."*

<u>COMMENT:</u> Sounds like an academic in the social sciences, leanings unclear.

**90. Mustafa al-Ludawi** **Palestine/Lebanon** *Research in Progress*

**91. Ma'an Bishaur** **Lebanon** **Nationalist**

Retired [?] academic. In January 1995, told a journalist that Christian politicians have relied on anti-Palestinian sentiment to revive their flagging popularity. <u>Note: In an earlier draft of this memo I erroneously posited that Bishaur is an Islamist. He is in fact a nationalist -- a member of the Arab National Conference who attended their meeting in Beirut following the Congress.</u>

<u>EXCERPT FROM HIS SPEECH AT THE CONGRESS [SECOND MORNING SESSION, 11 OCTOBER '94]:</u> *"We must develop this congress into a political congress and not an intellectual congress, and strive toward integration in all its meanings, and an integration of a consciousness of inclusion, to the existence of diversity and disparity in one respect, to the existence of a need and capability of meeting and assistance in the struggles in another respect. And the integration between Arabism and Islam is not in its historical meaning but in its political and direct activist meaning as well. And it should be the framework for calling and striving for a realization of the dialogue and and reconciliation and harmony within the Ummah. And it is incumbent upon each stream to review its experience and engage in self-criticism and understand the positions of the other, especially in the moment of conflict with it, and overcome a mentality of criticising the other and scoring points ...*

<u>COMMENT:</u> Bishaur is the kind of nationalist with which Brotherhood representatives like 'Uryan feel most comfortable. He wants Islamists to have a share in government power, and avoids confrontation on sensitive issues like violence and democracy.

**92. Dr. Muflih Abu Suwirih** **Palestine** **Islamist**

Hamas or PIJ, unclear, but probably Hamas.

EXCERPT FROM HIS SPEECH AT THE CONGRESS [SECOND AFTERNOON SESSION, 11 OCTOBER '94]:

*"Palestine is an Arabic Islamic Waqf [holy real estate] that is not permissible to give up in any part."*

COMMENT: This is an ideological nuance characteristic of Hamas. Abu Suwirih is probably a member of the Hamas delegation [see "Groupings"].

**93. Munah as-Sulh Lebanon Nationalist**

Well-known communist intellectual. Pro-nationalist.

EXCERPT FROM HIS SPEECH AT THE CONGRESS [FIRST MORNING SESSION, 11 OCTOBER '94]:

*"What is most dangerous to our Ummah is saying that Islam is terrorism and that Arabism is the embodiment of the existing regionalism. Terrorism is not Islam, and regional embodiments are not Arabism, even if some Islamists practiced terrorism and some Arabists conformed to the regional embodiments in most Arab states."*

COMMENT: He's trying to be conciliatory.

**94. Munir Shafiq Palestine/Jordan Islamist**

Former Marxist intellectual who converted to Islamism. Particularly pro-Hamas. One report links him to Islamist elements within the PLO. The same report suggests he was among the leading figures in the Western Sector command, run by Abu Jihad, that plotted the 19 April bombing in Petras, Greece, near the British mission, killing six Greeks. This PLO stream allegedly had designs on US targets as well which were never realized. More reliable reports on Shafiq put him in Tehran for numerous conferences: In March 1990 he met with Ayatollah Montazeri in Qom and other Tehrani officials for talks on the unification of Palestinian national liberation movements. Around late September 1990 he participated in a Tehran conference also attended by Turabi, Secretary of Pakistan's Islamic Assembly Qazi Hussein Ahmad, Vice Chairman of Assembly and Former Pakistani Senator Khurshid Ahmad Khan [frequent visitor to the US], Ghannoushi, Ibrahim Ghushah, Yemen's Muslim Brotherhood leader Yasin Abd al-Aziz [see #35 below], Algeria's Nahnah [see #56], and others.

**95. Musa Abu Marzuq Palestine/Jordan Islamist**

Hamas political bureau chief. Lived in the United States for 15 years, first in Mississippi then in Virginia. Now shuttles between Damascus and Jordan.

**96. Niefin Abdel Khaliq Mustapha Egypt Nationalist?**

EXCERPT FROM HIS SPEECH AT THE CONGRESS [SECOND AFTERNOON SESSION, 11 OCTOBER '94]:

"I see an importance to differentiate between Islamists and Muslims, and the future is for the stream that combines Islamists and nationalists."

COMMENT: Mustapha's statement is an insult to Islamists, who see themselves as the embodiment of Islam, and do not "differentiate between Islamists and Muslims." Mustapha is not a likely bridge builder.

**97. Hanna Fakhoury** **Lebanon** **Nationalist**

Christian Cleric. Born on 25 August 1916 at Zahleh (Lebanon). Son of Mahoul Fakhoury (merchant) and Mrs. Hind Macaron. Educ.: Saint Anne seminary of Jerusalem, Saint Paul seminary of Harissa (Lebanon). Dipl.: Bachelor (philosophy and theology). Career: Joined Saint Paul Missionary Fathers, professor of Arabic Language and literature at Saint Paul seminary of Harissa (1938-52), Principal of Patriarchal College of Beirut (1952-54), Principal of Lebanon Institute and Lebanon College (1955-60), and since 1961 applied himself to letters. Publ.: Author of "History of Arabic Literature" (subsequently translated into Russian), "History of Arabic Philosophy" (in collaboration with Dr. Khalil Georr), as well as of a number of classical Arabic language books. Award: Gold medal, Lebanese Order of Merit. Sport: Ranbling. Priv. Addr.: Harissa, Lebanon.

EXCERPT FROM HIS SPEECH AT THE CONGRESS [SECOND MORNING SESSION, 11 OCTOBER '94]: *"Everyone interested in his nation and its security should be interested in building his people and national affiliation and with his religion and the sons of that religion."*

COMMENT: Fakhoury's presence adds credibility to the Congress. Probably not an activist, however.

**98. Dr. Wajih Kautharani** **Lebanon** *Research in Progress*

**99. Dr. Wamid Nazmi** **Iraq** *Research in Progress*

**100. Sheikh Yasin Umar al-Imam** **Sudan** **Islamist**

Senior NIF leader. In October '1992, as chairman of the Somali Salvation Affairs Committee in the Sudan Council of the Arab Islamic People, al-Imam announced and supervized the transmission of "23 towns of medicine daily" to the Somalis. In November 1994 in the same capacity, al-Imam met with Somali warlord Muhammad Farah Aidid. In September 1993, Sudanese President Bashir announced the creation of a Press and Publications National Council under the Chairmanship of Muhammad Sa'id Ma'ruf, with al-Imam as his deputy.

**101. Dr. Yusef al-Hasan** **UAE** **Nationalist**

EXCERPT FROM HIS SPEECH AT THE CONGRESS [AFTERNOON SESSION, 11 OCTOBER '94]: *"It is demanded of the principal Islamist stream a severe and decisive position on the ending of the cycle of violence ... and the position of the majority of the Islamist stream on the matter of*

*democracy does not seem to be a source of agitation for the regimes, but rather for every nationalist force, and it is demanded that they not support this concern to the extent of the idea of cancelling the rule or slaughtering democracy."*

COMMENT: Hasan accuses Islamists of being terrorists who want to "slaughter democracy." Having insulted them, he probably will not be able to work constructively with them.

**102. Dr. Yusef al-Qaradhawi Egypt Islamist**

Based in Qatar, this influential Islamist Egyptian Muslim Brotherhood writer and thinker frequently visits the United States to speak at militant rallies of IAP and MAYA.

EXCERPT FROM HIS SPEECH AT THE CONGRESS [SECOND MORNING SESSION, 11 OCTOBER '94]: *"This land is for Muslims and others, especially Christians. Islam regards Ahl al-Kitab in a special way ... The Islamic state is an urban state that comes by way of choice and consultation and majority rule, and if it wanted Islamic authority, then let it have this, and it is necessary to realize the preservation of minority rights ... The desired state is not a state of ignorants and Sheikhs, but an urban state given by way of consultation and free choice -- a cooperative state."*

COMMENT: This Muslim Brotherhood ideological architect is implicitly confirming the worst fears of Christian Arabs. "Islam regards Ahl al-Kitab in a special way" is Qaradhawi's way of smoothly reasserting the doctrine of Ahl ul-Dhimma -- institutionalized discrimination for non-Muslim minorities under Muslim rule. Hence the irate resistance of Father Antoine Dau [11-Nationalist: Lebanon], who earlier said, "We will not be Ahl ul-Dhimma!"

# *36-Member Follow-up Committee*

**1. Dr. Ahmad Sidqi ad-Dajjani** **Palestine/Egypt** **Nationalist**

See #4 above.

**2. Ishaq al-Farhan** **Jordan** **Islamist**

Brother of Hamad al-Farhan [see #25 above]. Jordanian academic with close affiliations to Hamas in Jordan and the United States. Attended numerous MAYA conventions, including Kansas City, 1991. During that convention, he participated in a meeting of Hamas terrorist trainees together with Naser Hidmi, Najib al-Ghosh, Ibrahim Mahmoud Muzayyin, and others. Born in 1934 in Ain Karem. Son of Ahmad Farhan. Married, seven children. Educ.: BSc in Physical Chemistry, AUB; and PhD in Education, Columbia University, USXA. Career: Head of Teachers Education Department (1964); Head of Curriculum Department (1964-70); Minister of Education and of Islamic Affairs (1970-73); Director General of Royal Scientific Society (1975); President of Jordan University (1976-78); Member of National Consultative Council (1978); Professor of Education, Yarmouk University, Jordan (since 1978). Member of: the Islamic Association of Studies and Research, Amman; the Boards of Trustees of Universities, community colleges, scientific associations and many other scientific enterprises. Special expertise in curriculum and textbook development. Publ.: Books, research papers and studies published in various journals. Medals: Excellent Decoration of Education, Jordan (1974). Addr.: POB 19095, Amman, Jordan.

**3. Dr. Isma'il ash-Shatti** **Kuwait** *Research in Progress*

See #8 above.

**4. Father Antoine Dau** **Lebanon** **Nationalist**

See #11 above.

**5. Dr. Jamal al-Atasi** **Syria** **Nationalist**

See #17 above.

**6. Dr. Husam Isa** **Egypt** **Nationalist**

Treasurer of the Congress. See #20 above.

**7. Hamad al-Farhan** **Jordan** **Nationalist**

See #25 above.

**8. Khalid Mash'al** **Palestine/Jordan** **Islamist**

See #26 above.

**9. Dr. Khairuddin Hasib** **Iraq/Lebanon** **Nationalist**

See #29 above.

**10. Sheikh Rashid al-Ghannoushi** **Tunis** **Islamist**

See #30 above.

**11. Rasul al-Jashi** **Bahrain** **Nationalist**

See #31 above.

**12. Samiah Abu Kashwah** **Sudan** *Research in Progress*

Female name.

**13. Diaeddine Dawoud** **Egypt** **Nationalist**

Egyptian Statesman. Born in 1926 in Egypt. Educ.: Secondary and Higher. Dipl: Licentiate of Law. Career: Lawyer, Elected Deputy of the National Assembly, Minister of Social Affairs and MInister of State for the National Assembly (1968), Minister of Information (1970). In charge of ideological affairs of Arab Socialist Union. Now in charge of the Nasserist Party in Egypt.

**14. S. Sa'd Jabullah Qattaf [Abdullah Jabullah]** **Algeria** **Islamist**

See #37 above.

**15. Abdul Hamid al-Mahri** **Algeria** **Nationalist**

See #52 above.

**16. Abd ur-Rahim Mourad** **Lebanon** **Nationalist**

See #53 above.

**17. Abdul Latif al-Hatimi** **Morocco** *Research in Progress*

Member of the Congress's administrative council. See #57 above.

**18. Abdel Hamid al-Mukhlafi** **Yemen** **Nationalist**

Nasserist.

**19. 'Isam al-'Uryan** **Egypt** **Islamist**

See #58 above.

**20. 'Isam Nu'man** **Lebanon** **Nationalist**

See #59 above.

| | | | |
|---|---|---|---|
| **21.** | **Fahmi Huweidi** | **Egypt** | **Islamist** |

See #66 above.

| | | | |
|---|---|---|---|
| **22.** | **Sheikh Faisal Mawlawi** | **Lebanon** | **Islamist** |

See #67 above.

| | | | |
|---|---|---|---|
| **23.** | **Leith Shbeilat** | **Jordan** | **Islamist** |

See #69 above.

| | | | |
|---|---|---|---|
| **24.** | **Muhammad al-Basri** | **Morocco** | **Nationalist** |

See #73 above.

| | | | |
|---|---|---|---|
| **25.** | **Muhammad Hasan al-Amin** | **Lebanon** | **Islamist** |

See #74 above.

| | | | |
|---|---|---|---|
| **26.** | **Muhammad Salim al-'Awa** | **Egypt** | **Islamist** |

Assistant General Coordinator [to Dajjani] of the Congress. See #76 above.

| | | | |
|---|---|---|---|
| **27.** | **Dr. Muhammad Abdul Malik al-Mutawakkil** | **Yemen/Egypt** | **Nationalist** |

See #79 above.

| | | | |
|---|---|---|---|
| **28.** | **Muhammad Fannish** | **Lebanon** | **Islamist [Hizbullah]** |

See #81 above.

| | | | |
|---|---|---|---|
| **29.** | **Dr. Muhammad al-Mas'ud ash-Shabi** | **Tunis** | **Nationalist** |

See #83 above.

| | | | |
|---|---|---|---|
| **30.** | **Dr. Mahmoud al-Maghribi** | **Libya/England** | **Nationalist** |

See #86 above.

| | | | |
|---|---|---|---|
| **31.** | **Ma'an Bishaur** | **Lebanon** | **Nationalist** |

See #91 above.

| | | | |
|---|---|---|---|
| **32.** | **Dr. Muflih Abu Suwirih** | **Palestine** | *Research in Progress* |

See #92 above.

**33. Munir Shafiq** **Palestine/Jordan** **Islamist**

See #94 above.

**34. Niefin Abdel Khaliq Mustapha** **Egypt** *Research in Progress*

See #96 above.

**35. Yasin Abdel Aziz** **Yemen** **Islamist**

Leader of the Yemeni Muslim Brotherhood. Around late September 1990 he participated in a Tehran conference also attended by Turabi, Munir Shafiq [#33] Secretary of Pakistan's Islamic Assembly Qazi Hussein Ahmad, Vice Chairman of Assembly and Former Pakistani Senator Khurshid Ahmad Khan [frequent visitor to the US], Ghannoushi, Ibrahim Ghushah, Yemen's Muslim Brotherhood leader Yasin Abd al-Aziz, Algeria's Nahnah [see #56 above], and others.

**36. Sheikh Yasin Umar al-Imam** **Sudan** **Islamist-NIF**

See #100 above.

## *B. Groupings*

*BREAKDOWN OF MILITANT MOVEMENTS' REPRESENTATION & INTERACTION AT THE CONGRESS*

At this stage, more than 70% of attendants have been classified as Islamist or nationalist. Of those, more than 90% have been linked to specific groups or ideological movements, some of which are militant.

### REPRESENTATION

**1. *Activists:* The Iranian Stream**

At least **four** Islamists at the Congress are active in **Hizbullah**: (1) SHEIKH MUHAMMAD HUSSEIN FADLALLAH [75- Lebanon], (2) SHEIKH ALI AL-KHATIB [61- Lebanon], (3) SHEIKH MUHAMMAD MAHDI SHAMSUDDIN [84- Lebanon], and (4) MUHAMMAD FANNISH [81- Lebanon]. At least **two** Islamists at the Congress are active in **Palestine Islamic Jihad**: (1) FAT'HI SHIQAQI [64- Palestine/Syria] and (2) BASHIR NAFI' [14- Palestine/USA]. These six plus the following **six additional** participants have participated in government-organized conferences in the **Islamic Republic of Iran** or enjoy Iranian funding: (1) MUHAMMAD AL-BASRI [73- Nationalist: Morocco/France], who visited Khomeini's Iran for the first time in 1979; (2) MUNIR SHAFIQ [94- Hamas: Palestine/Jordan], who met with Turabi and others in Tehran in March, 1990; (3) YASIN ABD AL-AZIZ [35- Muslim Brotherhood/Yemen], who also met with Turabi and others in Tehran in March, 1990; (4) LEITH SHBEILAT [69- Islamic Action Party-Hamas/Jordan], convicted by Jordanian security services of maintaining a cache of weapons paid for by Iran; (5) RASHID AL-GHANNOUSHI [30- An-Nahdha: Tunis/London], who is close to the Tehran regime and has traveled there several times; and (6) Syria-based Afghani SHEIKH AN-NASERI [**Hizb ul-Wihdah**: see "Interaction" for details].

**2. *Activists:* The Hamas/Muslim Brotherhood/NIF Stream**

At least **seven** Islamists are tied to **Hamas**: (1) KHALID MASH'AL [26- Jordan], (2) MUHAMMAD NAZAL [85- Jordan], (3) MUNIR SHAFIQ [94- Jordan], (4) MUSA ABU MARZUQ [95- Syria], (5) ISHAQ AL-FARHAN [2- Jordan], (6) MUFLIH ABU SUWIRIH [92- Palestine] and (7) LEITH SHBEILAT [69- Jordan]. At least **five** Islamists are tied to the **Egyptian Muslim Brotherhood**: (1) 'ISAM AL-'URYAN [58- Egypt], (2) FAHMI HUWEIDI [66- Egypt], (3) MUHAMMAD SALIM AL-'AWWA [76- Egypt], (4) MUHAMMAD AMMARA [80- Egypt], and (5) YUSEF AL-QARADHAWI [102- Qatar]. At least **one** Islamist is tied to the **Yemeni Muslim Brotherhood**: YASIN ABDEL AZIZ [35- Yemen]. At least **three** Islamists have ties to Turabi's **National Islamic Front**: (1) Probably AMIN HASAN 'UMAR [10- Sudan], (2) MUHAMMAD ABU L-QASIM HAJ HAMD [72- Sudan], (3) SHEIKH YASIN UMAR AL-IMAM [100- Sudan].

**3.** ***Activists:*** **Nationalist Streams**

At least **one** nationalist is tied to **George Habash** and the Syrian **Amal** militia: AHMAD HUSAIN AL-YAMANI AKA ABU MAHER [3- Palestine/Lebanon]. At least **one** nationalist [there are probably many more] has participated in a conference in **Qaddhafi's Libya**: ABDU-R-RAHIM MURAD [53- Lebanon].

**4. People of Means**

The militant movements mentioned above could all become more effective with additional funding and access to various types of business pipelines. Thus it is significant that at least **seven** participants have **business interests**, influence **investment funds**, or have ties to **oil companies**: (1) AL-FADL SHALAQ [65- Nationalist: Lebanon], (2) ABDU-R-RAHIM MOURAD [53- Nationalist: Lebanon], (3) RASUL AL-JASHI [31- Nationalist: Bahrain], (4) HAMAD AL-FARHAN [25- Nationalist: Jordan], (5) AMIN HASAN UMAR [10- Islamist?: Sudan], (6) ADIB AL-JADIR [7- Nationalist: Iraq/Switzerland], (7) MUHAMMAD FANNISH [81- Hizbullah: Lebanon]

**5. USA Connections**

At least **12 Islamists** and **2 nationalists** have visited the United States and established extensive personal and professional ties here: (1) AHMED SIDQI AD-DAJJANI [4- Nationalist: Palestine/Egypt] attended an **Islamic Committee for Palestine** conference in Chicago, December '89. So did (2) MUHAMMAD ABU L-QASIM HAJ HAMD [72- NIF: Sudan], (3) LEITH SHBEILAT [69- Islamist: Jordan], (4) RASHID AL-GHANNOUSHI [30- Islamist: Tunis/England], (5) BASHIR NAFI' [64- PIJ: Palestine/USA], (6) FAHMI HUWEIDI [66- Muslim Brotherhood: Egypt] and (7) HAFIZ ASH-SHEIKH [19- Islamist: Bahrain]. 3, 4, and 6 have also appeared under the **Muslim Arab Youth Association** umbrella, along with (8) MUSA ABU MARZUQ [95- Hamas: Palestine/Syria] (who also lived in the US for fifteen years), (9) KHALID MASH'AL [26- Hamas: Palestine/Jordan], (10) YUSEF AL-QARADHAWI [101- Egyptian Muslim Brotherhood: Qatar], and (11) SHEIKH FAISAL MAWLAWI [67- Islamist: Lebanon]. 7 [HAFIZ ASH-SHEIKH] also studied at the **University of Ohio**, dates unknown. Other Congress participants who studied in the United States include: (12) AMIN HASAN 'UMAR [10- Islamist: Sudan], who earned his MA from **University of Columbia, Missouri** from 1981 to '83 (By the way, Turabi's daughter studied at the same school around the same time) and (13) HASAN MURAYWED [21- Nationalist: Syria/France], who studied at the **University of Madison, Wisconsin,** dates unknown. Finally, (14) HASAN HANAFI [22- Islamist: Egypt] taught at **Temple University**, dates unknown.

## INTERACTION

Concern over the prospect of joint guerrilla operations between the groups represented above makes it important to know who met with whom during the Congress. Much is of course open to speculation. But research reveals definite information on **five meetings** that took place between small groups of people. The first was a restaurant banquet. The rest were working group sessions of the Congress. It is unclear how the working group sessions were structured. Participants may have conferred privately, as well as deliver speeches. Those speeches that were publicly attended have been preserved and excerpted with comment where relevant in part A of this memo.

**1. Shahrur Restaurant: Militant Delegations Meet an Afghan Arab Leader**

At least five political and religious leaders not participating in the Congress joined a select group of Congress members, including reps of militant groups, for a restaurant banquet in Beirut just before the Congress began. The five were: (1) SHEIKH AN-NASIRI, an Afghani religious leader based in Syria. An-Nasiri represents **Hizb ul-Wihdah**, a pro-Iranian party of Afghan Mujahideen -- composed of Afghanis and Arabs -- that recently pulled out of Afghanistan as part of an agreement with the Taliban movement. Where these fighters went is unknown. But the party is said to be intact, its fighters well-trained and well-paid. (2) SHEIKH SA'ID AL-AHMAD, representing the "**League of Ulama (religious scholars) of Hijaz (the Arabian peninsula)**." No information presently available on this group or on Ahmad. (3) SHEIKH ZUHAIR KANJ (unknown). (4) SHEIKH AHMAD AZ-ZAIN (unknown). (5) SHEIKH ABBAS from Saudi Arabia (unknown). Congress members with whom they dined: (1) **Hamas Delegation** [See "Representation" part 2 above], (2) **Hizbullah "Foreign Relations" Delegation** [See "Representation" part 1 above], (3) **Palestine Islamic Jihad Delegation** [See "Representation" part 1 above], (4) RASHID AL-GHANNOUSHI [30- Islamist: Tunis/England], (5) FAISAL MAWLAWI [66- Islamist: Lebanon], (6) JARULLAH 'UMAR [16- Nationalist: Yemen], (7) ABDUL HAMID AL-MAHRI [51- Nationalist: Algeria], (8) ABDULLAH JABULLAH [37- Islamist: Algeria]. (9) Lebanese Deputy ZUHAIR AL-UBAIDI (unknown). *Banquet photographs have been provided.*

**2. First Morning Session: 11 October**

Headed by MUHAMMAD AL-MAZALI [82-Islamist: Tunis/France], **9 known participants** were (1) FAT'HI ASH-SHIQAQI [64-PIJ: Palestine/Syria], Deputy ISAM NU'MAN [59-Nationalist: Lebanon], MANH AS-SULH [93- Communist-Nationalist: Lebanon], ABD US-SALAM AL-GHAZI [54-Orientation Unknown: Morocco/Spain], ABDULLAH ABD UD-DAIM [50-Orientation Unknown: Syria/France], ABDUL HAMID AL-MAHRI [52-Nationalist: Algeria], MUHAMMAD

MAS'UD ASH-SHAMI [Ali ash-Shami? 62-Orientation Unknown: Lebanon], SHEIKH SA'D JABULLAH AL-QATTAF [37- Islamist: Algeria], SALAH UD-DIN AL-JURSHI [45-Orientation Unknown: Tunis].

**3. Second Morning Session: 11 October**

Headed by Zuhair ash-Shawish [35-Nationalist?: Syria], **12 known participants** were (1) HAMAD AL-FARHAN [25-Nationalist: Jordan], MA'AN BISHAUR [91-Islamist?: Lebanon], SHEIKH SULMAN AL-MASRI [39- Islamist?: Lebanon], ABD UL-QADIR SAMARI [56-Islamist: Algeria], MUHAMMAD ABD UL-MALIK AL-MUTAWAKKAL [79- Nationalist: Yemen/Egypt], FATHER ANTOINE DAU [11- Lebanon: Nationalist], SHEIKH YUSEF AL-QARADHAWI [102- Egyptian Muslim Brotherhood: Qatar], BASHIR NAFI' [14- PIJ: Palestine/USA], SALIM AZ-ZU'BI [42- Nationalist: Jordan], HUSAM 'ISA [21- Nationalist: Egypt], KHALID MASH'AL [26- Hamas: Palestine/Jordan], HANNA FAKHOURY [97- Nationalist: Lebanon].

**4. First Afternoon Session: 11 October**

Headed by LAYLA SHARAF [70-Nationalist: Jordan], **10 known participants** were (1) AHMAD AL-YAMANI [3- Palestine National Salvation Front: Palestine/Lebanon], (2) KHIDR AL-HAMAWI [27-Orientation Unknown: Lebanon], (3) DHIA UD-DIN AL-FALAKI [46-Nationalist: Iraq/England], (4) AHMAD HARAZNI [2- Orientation Unknown: Morocco], (5) ABD UL-AMIR MUSA BUKHAMSIN [51- Orientation Unknown: Saudi Arabia], (6) KARIM MARWAH [68- Orientation Unknown: Lebanon], (7) MUSTAPHA AR-RUMAID [89- Orientation Unknown: Morocco], (8) YUSUF AL-HASAN [101- Nationalist: UAE], (9) MUKHLIS AS-SAYYADI [87- Nationalist?: Syria], (10) IN'AM RA'AD [12- Nationalist?: Lebanon].

**5. Second Afternoon Session: 11 October**

Headed by LEITH SHBEILAT [68- Islamist: Jordan], **12 known participants** were (1) SAMIR TARABULSI [43- Islamist: Lebanon], (2) ABDUL-LATIF AL-HATIMI [57- Orientation Unknown: Morocco], (3) ABD US-SAMAD BALKBIR [55- Orientation Unknown: Morocco], (4) MUFLIH ABU SUWIRIH [92- Orientation Unknown: Palestine], (5) MUHAMMAD NAZAL [85- Islamist: Palestine/Jordan], (6) HAMAD HIJAWI [No information available], (7) NIEFIEN ABDEL-KHALIQ MUSTAPHA [96- Nationalist?: Egypt], (8) AMIN HASAN 'UMAR [10- Islamist: Sudan], (9) MUHAMMAD FANNISH [81- Hizbullah: Lebanon], (10) HASAN AD-DAYYIQAH [23- Orientation Unknown: Lebanon], (11) HASAN MURAYWED [21- Nationalist: Syria], (12) SHEIKH FAISAL MAWLAWI [67- Islamist: Lebanon].

*Resource Materials*

All photographs and above data are based on the following public source materials: (1) Arabic-language publications of Hizbullah, Hamas, the Party of Gamal Abdel Nasser, the Kuwaiti Muslim Brotherhood, the Egyptian Muslim Brotherhood, and the Syrian Ba'ath party; (2) Egyptian, Lebanese, Palestinian, Sudanese, Syrian, and Tunisian almanacs and academic digests; (3) Egyptian and Lebanese phone books; (4) other newspaper clippings.

*More Pictures:* Two Lebanese photographers who took several rolls of pictures at the Congress have been identified but not contacted. It has been learned that someone videotaped the Congress as well.

*Access to People who Attended:* It is easy to furnish a list of journalists who covered the Congress for various Arabic publications. Some of the Congress members may even be approachable -- particularly those partisans who were hostile to other participants.

# Exhibit 10

Rachel Belton
St. Antony's College
Oxford OX2 6JF
UK

The Honorable Allyne R. Ross
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

RE: UNITED STATES V. JOSEPH BRAUDE 03-CR-1009 (ARR)

Dear Judge Ross,

I am writing in the hopes that you will be lenient in your sentencing of Joseph Braude, and particularly that you will consider forgoing a possible prison sentence.

To introduce myself: I am currently a Rhodes Scholar at Oxford, writing a Ph. D on building the rule of law in weak states. My father, Judge Andrew Kleinfeld, is a Federal Appellate Court judge on the 9th Circuit, my mother is a professor at the University of Alaska. My husband is also an American Ph. D. student at Oxford. I have previously worked as a consultant on international security, and currently run a nonprofit group devoted to helping Democrats become strong in national security issues once again.

I met Joseph ten years ago, as a freshman in college. I was his girlfriend in quite a serious relationship for nearly four years, in which we had planned to marry. After we decided against marriage, I remained his good friend in the years since (with a hiatus for approximately a year and a half after our breakup, when we did not have contact). I have thus known him very well since he was 20 years old.

Joseph has always lived not just a regular good life, but an extraordinarily honorable one. I can remember many nights in college, when, long after I had fallen asleep, he stayed up to translate documents and write reports on fundamentalist organizations that threatened America. After the first World Trade Center bombing in 1993, he spent 20-hour days combing through documents left behind by the bombers to piece together the shreds of their organization. This was in the mid-1990s, long before such work was fashionable or high on the radar of our security officials. Over the years, I have often worried for his safety as he has gone to interview radical fundamentalists in this country and abroad who hate both Americans and Jews—but his ability to speak beautiful Arabic, to chant Koran, and to listen, has always protected him and enabled him to help our country. He has never shirked from trying to understand and then beat these terrorists, regardless of the considerable danger involved.

Not only did Joseph spend years doing all he could to help break these organizations, but he did it all in the shadows. In part for his own safety, and in part because he simply does not have a large need for recognition, Joseph quietly provided his information and understanding to individuals in the government who were prosecuting early terrorist cases, and to NGOs working more openly against these terrorist organizations, without asking for any acknowledgement. He was paid very little for his help—far less than he could have received had he taken an official job with one of our security agencies, or requested a senior role at one of the NGOs he worked with. Money, possessions, and recognition were just never important to Joseph.

Joseph has also been an emotional mainstay in a family that has faced more than its share of difficulties. He became the "man of the family" after his mother's first divorce when he was just twelve. He paid his own way through college, and has since helped his mother through a second messy divorce. She is now alone. His father, a very troubled man, has been too frequently more of a burden than a help. Joseph has had to be a pillar to his mom and often a father to his younger brother, Yoni. The emotional difficulty has taken a toll on his own mental well-being. Despite all of this, Joseph has always tried, no matter how difficult things in his own life have been, to be a good kid. There is no fancier word for what he is.

Joseph has always been one of the most generous, selfless, and unique individuals I have ever known. He is also much less street-wise than he often appears. While he can talk his way out of a terrorist interview, he gets lost in Princeton, where he went to grad school, and can be surprisingly unsophisticated in how he thinks about getting the most normal things done in the U.S.! This combination of ability and cluelessness can unfortunately make Joseph hard to read for people who know him somewhat less well.

When Joseph went to Iraq on that fateful trip, he was looking for a place to live in order to be closer to the Iraqi people, rather than holed up in a palace behind the green line, to better do the job he had just been offered with the U.S. military. He told me later how confusing and head-turning the trip had been. A fatwa had just been issued against Jews trying to buy houses in Iraq, and he was trying to rent one. He was shot at by a kid on a bridge, for no good reason, when crossing the Tigris. He had two bodyguards lent by an acquaintance who accompanied him everywhere, and he wasn't sure he could trust them. Everyone around him seemed to have been hustling to make a living, on the black market or somewhere. Since his book on Iraq had come out that summer to great acclaim in the Arab world, he also felt public for the first time in his life—rather than being anonymous, anyone who had seen the book jacket would know what he looked like. He told me afterward that he had never been so scared as during those weeks in Iraq. With terrorists, he knew where the fault lines were—in Iraq, everything seemed to be anarchy, and anyone could be out to get him. He spent weeks trying to be strong and get work done in a constant mental state that was jittery, anxious, defensive, and scared.

I am sure the fear, confusion, and intense weeks he had just been through led to his poor decision on that fateful day in JFK. I used to tease Joseph about what I called a "Middle Eastern streak" in his personality. It was not simply that he is interested in the Middle East—he fit in well there, because he was able to share their more personal way of thinking about the world. Rather than dealing with bureaucracies and agencies as if they were singular entities, when he was in the Middle East he was always thinking about the world as conglomerations of personal contacts and connections. This mindset had been invaluable in helping him understand the Middle East and terrorist groups, and I saw it in action when we lived together in Israel and on visits to Jordan with him. Normally, when he was in an American context he would just revert back to the way we usually operate in America, though he never was any good at dealing with bureaucracies.

But under the immense stress of that first encounter with Iraq, I have a sinking feeling that Joseph just had a unique and uncharacteristic lapse in judgment. Instead of considering that the U.S. Military, or U.S. Customs were singular entities in which a low-level clerk, or a soldier in Iraq was just as much a representative as a high-level officer, Joseph with his Middle Eastern "hat" on would have looked for someone he knew and trusted to conduct an operation as important as returning looted seals. I never doubted that his intentions were ultimately honorable: Joseph's life has always been bachelor-Spartan to the point of ridiculousness, and any action to keep these goods would have been completely and utterly uncharacteristic of him. Yet I could see how, after weeks of assuming the defensive, Middle-Eastern mindset he always wore to get him through tough situations in that part of the world, he could have had a horrible lapse in judgment when first hitting American soil.

Joseph broke the law, and the crime was serious—he knows that all too well, and accepts that his decision was wrong. But I hope that you will consider being lenient in your sentencing.

Joe is only 29 years old. The media coverage of the trial has already destroyed his reputation—anyone who looks him up on the internet for years will be met with a host of stories on his smuggling. The felony conviction will dog the rest of his life. He has spent this past year in limbo, unable to travel, which had been the core of his life and work, unable to really concentrate on anything other than the case, and unable to even consider plans for the future. He has already paid, and will continue to pay, a very heavy price for the poor judgment that led him to break the law.

But he still wants to do some good. He still talks optimistically about ways he can contribute through his writing, as he did with his penetrating book on what was needed to help Iraq recover after the war. I think that, so long as he does not go to prison, Joseph will continue to use his talents for the good of everyone around him. But I worry that his spirit will not survive the difficulties of incarceration. I fear that he will emerge, even from a relatively short sentence, a broken and embittered man. I hope

that there might be another way for him to pay his debt to society other than a prison term.

Today is Yom Kippur, the day that Jews reflect on the past year, repent for our sins, and plea for a gentle life in the coming year, asking God for lenience that we cannot deserve, but which He might grant. I know that this year, I have been praying not for myself, and the normal pecadillos that bedevil a graduate student's life, but for Joseph. And I know that Joseph is being harder on himself this year than any sentence could be. Joseph broke the law. But the felony conviction has already been a heavy price which he will continue to pay for the rest of his life. He still has much to give our country and those around him. I ask you please to consider the punishment he has already faced during this awful year, and be lenient in your sentencing.

Sincerely,

Rachel Belton