BRAFMAN & ROSS, P.C.
ATTORNEYS AT LAW
767 THIRD AVENUE
26TH FLOOR
NEW YORK, NEW YORK 10017
TELEPHONE: (212) 750-7800
FACSIMILE: (212) 750-3906

BENJAMIN BRAFMAN
CHARLES A. ROSS

CHRISTOPHER L. PADURANO
JENNIFER A. LIANG
MELINDA SARAFA
ANDREA ZELLAN

MARK M. BAKER
OF COUNSEL

December 27, 2004

***Via Electronic Filing and Federal Express***
The Honorable Allyne Ross
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: United States v. Joseph Braude
Criminal Docket No. 03-1009 (ARR)

Dear Judge Ross:

We write on behalf of our client, Joseph Braude, to respectfully request a modification of Mr. Braude's conditions of home detention.

On November 22, 2004, Your Honor sentenced Mr. Braude to two years of probation, including six-months of home detention. Mr. Braude began serving his home detention on December 2, 2004, in the Rhode Island district where he resides.

Pursuant to the conditions of Mr. Braude's home detention, he cannot travel outside of the Rhode Island district for job interviews without permission of the Court. Because Mr. Braude is actively seeking employment in Boston, New York City and Washington D.C., we respectfully request Your Honor so order that the conditions of Mr. Braude's home detention be modified to permit Mr. Braude to travel to those cities for job interviews, with Probation to be notified 48-hours in advance and the total days Mr. Braude is outside of the Rhode Island jurisdiction not to exceed eight. Further, it is our understanding, based on information the United States Attorney's Office received from Probation, that the days Mr. Braude is outside of the Rhode Island

jurisdiction count towards his time served in home detention unless Mr. Braude's home detention bracelet must be removed to accommodate the travel.

Mr. Braude and his counsel have conferred with the U.S. Attorney's Office and his Probation officer. Neither has any objection to Mr. Braude's request.

Accordingly, we respectfully request that Your Honor so order the above modifications of Mr. Braude's home confinement conditions.

Very truly yours,

Brian E. Klein

______________________________

So Ordered:

cc: Deborah Sue Mayer, Esq.
(Assistant United States Attorney)

Officer Brian Pletcher
(Probation Officer)