**BRAFMAN & ROSS, P.C.**
ATTORNEYS AT LAW
767 THIRD AVENUE
26TH FLOOR
NEW YORK, NEW YORK 10017
TELEPHONE: (212) 750-7800
FACSIMILE: (212) 750-3906

BENJAMIN BRAFMAN
CHARLES A. ROSS

CHRISTOPHER L. PADURANO
JENNIFER A. LIANG
ANDREA ZELLAN
BRIAN E. KLEIN

MARK M. BAKER
OF COUNSEL

April 6, 2005

***Via Electronic Filing and Federal Express***
The Honorable Allyne Ross
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: United States v. Joseph Braude
Criminal Docket No. 03-1009 (ARR)

Dear Judge Ross:

We write on behalf of our client, Joseph Braude, to respectfully request a modification of his probation conditions.

On November 22, 2004, Your Honor sentenced Mr. Braude to two years of probation, including six months of home detention. Mr. Braude began serving his home detention on December 2, 2004, in the Rhode Island district where he resides. Mr. Braude's period of home detention is scheduled to end on June 2, 2005. From that date on, while on probation, Mr. Braude cannot travel outside of the Rhode Island district without his Probation officer's prior permission and cannot travel outside the contiguous United States without court permission. In addition, Mr. Braude's passport remains in the government's custody.

We respectfully request that Your Honor so order the conditions of Mr. Braude's probation be modified to permit him to travel on a vacation with his girlfriend to the Dominican Republic from June 9, 2005 to June 17, 2005. To facilitate this out of country travel, we also request that Your Honor so order the production of Mr. Braude's passport to him from June 7, 2005 to June 19, 2005, which will allow Mr. Braude the necessary time to pick up and return his passport and is consistent with the practice of his Probation officer.

We have conferred with the U.S. Attorney's Office and Mr. Braude's Probation officer. Neither has any objection to this request.

Accordingly, we respectfully request that the Court so order the modifications outlined above.

Very truly yours,

Brian E. Klein

Brian E. Klein

____________________________________
So Ordered:

cc: Deborah Sue Mayer, Esq.
(Assistant United States Attorney)

Officer Brian Pletcher
(Probation Officer)